UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | **Unsealing Order** |
| – v. – | 19 Cr. 870 |
| MUSTAPHA RAJI, | |
| Defendant. | |

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Geoffrey S. Berman, by Assistant United States Attorney Dina McLeod;

It is found that the Indictment in the above-captioned case is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed and to have a United States District Judge assigned to this case, and it is therefore:

ORDERED that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court, and that a United States District Judge be assigned to the case.

Dated:   New York, New York
         December 20, 2019

                                                   /s/ Kevin Nathaniel Fox
                                        HONORABLE KEVIN NATHANIEL FOX
                                        UNITED STATES MAGISTRATE JUDGE
                                        SOUTHERN DISTRICT OF NEW YORK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

MUSTAPHA RAJI,

Defendant.

ORDER

19 Cr. 870

(18 U.S.C. §§ 1343, 1349, 2315, 1956(h), and 2.)

GEOFFREY S. BERMAN
United States Attorney.