AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| Southern | District of | Florida |

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>MUSTAPHA RAJI | **COMMITMENT TO ANOTHER DISTRICT** |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| SD/NY | 19 CRIM 870 | Southern District of Florida | 19-6620-VALLE |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

    x Indictment    ☐ Information    ☐ Complaint    ☐ Other (specify)

charging a violation of     18     **U.S.C. §**     1343, 2315, 1956

**DISTRICT OF OFFENSE**
Southern District of New York

**DESCRIPTION OF CHARGES:**
Conspiracy to commit fraud, wire fraud, receipt of stolen funds and conspiracy to commit money laundering.

**CURRENT BOND STATUS:**

    ☐ Bail fixed at            and conditions were not met
    ☑ Government moved for detention and defendant detained after hearing in District of Arrest
    ☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
    ☐ Other (specify)

| **Representation:** | ☐ Retained Own Counsel | ☐ Federal Defender Organization | ☑ CJA Attorney JOAQUIN MENDEZ | ☐ None |
|---|---|---|---|---|

| **Interpreter Required?** | (No) | Yes | Language |
|---|---|---|---|

**DISTRICT**    FL/Southern

**TO: THE UNITED STATES MARSHAL**

    You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

1/7/20
Date

*Lurana S. Snow*
United States ~~Judge or~~ Magistrate Judge
LURANA S. SNOW

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-6620-VALLE

UNITED STATES OF AMERICA,

      Plaintiff,

v.

MUSTAPHA RAJI,

      Defendant.

_____

## DETENTION ORDER

Pursuant to 18 U.S.C. § 3142(f), on January 7, 2020, a hearing was held to determine whether Defendant, Mustapha Raji should be detained prior to trial. Having considered the factors enumerated in 18 U.S.C. § 3142(g), this Court finds that no condition or combination of conditions will reasonably assure the appearance of this Defendant as required and/or the safety of any other person and the community. Therefore, it is hereby ordered that Defendant, Mustapha Raji be detained prior to trial and until the conclusion thereof.

In accordance with the provisions of 18 U.S.C. § 3142(i), the Court hereby makes the following findings of fact and statement of reasons for the detention:

1. The Defendant is charged with conspiracy to commit wire fraud, in violation of 18 U.S.C. § 71; wire fraud, in violation of 18 U.S.C. § 343; receipt of stolen funds, in violation of 18 U.S.C. § 2315, and conspiracy to commit money laundering, in violation of 18 U.S.C. § 1956(a)(1)(B)(I). 18 U.S.C. § 3142(g)(1).

2. The weight of the evidence against the Defendant is substantial. Government witnesses will testify that in July 2018, the e-mail system of a Manhattan, New York hedge fund was compromised, resulting in a fraudulent wire transfer of $1.7 million from the hedge fund to Unique Bamboo Investments, a Florida corporation of which the Defendant was vice president. The Defendant received at least $50,000 of the funds fraudulently transferred, and later accessed websites

which provided instructions on how to wipe a computer hard drive. In connection with this scheme, fraudulent documents were forwarded which purported to reflect a loan from the victim hedge fund to Unique Bamboo Investments. The Government has recovered approximately $1 million of the fraudulently transferred funds, while approximately $700,000 of those funds remain missing. 18 U.S.C. § 3142(g)(2).

3. The pertinent history and characteristics of the Defendant are that he is a national of Ghana, but states that he does not have a passport from that country. The Defendant does possess a Canadian passport, which was seized by the arresting officers. He entered the United States on a tourist visa which since has expired, and therefore is unlawfully present in the United States. The Defendant claims self-employment at a company called Emergent Development Corporation, earning approximately $80,000 per year, but he has no assets or liabilities. He suffers from hypertension and a heart condition, for which he takes medication.

The Defendant has no criminal record, but has minimal ties to this community and strong ties to Ghana and Canada. He has no incentive to appear for trial and must be deemed a risk of flight. 18 U.S.C. § 3142(g)(3)(A) and (B).

4. The Court specifically finds that there are no conditions or combination of conditions which reasonably will assure the Defendant's appearance as required and/or the safety of any other person and the community. 18 U.S.C. § 3142(e).

Based upon the above findings of fact, which were supported by clear and convincing evidence, the Court has concluded that this Defendant presents a serious risk of flight if released prior to trial. The Court hereby directs:

(a) That the Defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practical, from persons awaiting or serving sentences or being held in custody pending appeal;

(b) That the Defendant be afforded reasonable opportunity for private consultation with counsel; and

(c) That, on order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which the Defendant is confined deliver the Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

DONE AND ORDERED at Fort Lauderdale, Florida, this 10th day of January, 2020.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA William Shockley (FTL)
Joaquin Mendez, Jr., Esq. (CJA)

U.S. Probation Office (FTL)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 19-mj-6620-VALLE

**UNITED STATES OF AMERICA,**

v.

**MUSTAPHA RAJI,**

      **Defendant.**

_____/

### CERTIFICATE OF COMPLIANCE RE ADMITTED EVIDENCE

I, William T. Shockley, as counsel for the United States of America, hereby certify as follows:

Check the applicable sections:

[X] **ALL EXHIBITS E-FILED:** All documentary exhibits and photographs of non-documentary physical exhibits admitted into evidence have been electronically filed in CM/ECF.

[ ] **EXHIBITS NOT E-FILED:** Some documentary exhibits and/or other physical exhibits admitted into evidence cannot be electronically filed in CM/ECF. This includes sealed criminal exhibits and contraband. The following identifies those exhibit numbers that have been retained by the Clerk, and separately identifies those exhibit numbers retained by this filing party. (Itemize or attach a list).
Retained by the Clerk: _____.
Retained by filing party: _____.

[ ] **AUDIO/VIDEO EXHIBITS:** The following audio and/or video exhibits were entered into evidence during these proceedings. The filing party has conventionally filed with the Clerk of Court a CD or DVD containing the audio or video recording. **Counsel filing audio and/or video exhibits understands that all conventionally filed exhibits are available for public viewing unless filed under seal.**
(Itemize or attach a list.) _____.

Any original exhibits that have been returned to or retained by the filing party after electronic filing shall be kept for safe keeping until the conclusion of any appeals. Upon order of court, the filing party agrees to return the original exhibits to the Clerk of Court.

This Certificate shall be filed within three (3) days of the conclusion of trial or relevant proceedings. Failure to timely comply with the requirements of Administrative Order 2016-70 governing the Electronic Filing of Exhibits may result in the imposition of sanctions.

Respectfully Submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By:     s/William T. Shockley                           .
ASSISTANT UNITED STATES ATTORNEY
500 East Broward Boulevard, Suite 700
Fort Lauderdale, Florida  33394
Court No. A5500088
Telephone No.  (954) 660-5787
Telefax No. (954) 356-7230
E-Mail:  William.T.Shockley@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2020, I electronically filed this document with the

Clerk of the Court using CM/ECF.

    s/William T. Shockley                           .
ASSISTANT UNITED STATES ATTORNEY

Case 0:19-mj-06620-AOV Document 5 Filed 01/14/20 Page 7 of 28
Case 0:19-mj-06620-AOV Document 8-1 Entered on FLSD Docket 01/07/2020 Page 1 of 8
Case 1:19-cr-00870-JMF Document 2 Filed 12/04/19 Page 1 of 8

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                  :

          - v. -                          :     INDICTMENT

MUSTAPHA RAJI,                            :     19 Cr. _____

                                          :

                    Defendant.            :

- - - - - - - - - - - - - - - - - - x

19 CRIM 870

COUNT ONE
(Conspiracy to Commit Wire Fraud)

The Grand Jury charges:

1.    From at least in or about July 2018 up to and
including at least in or about September 2018, in the Southern
District of New York and elsewhere, MUSTAPHA RAJI, the
defendant, and others known and unknown, willfully and
knowingly, did combine, conspire, confederate, and agree
together and with each other to commit wire fraud, in violation
of Title 18, United States Code, Section 1343.

2.    It was a part and an object of the conspiracy
that MUSTAPHA RAJI, the defendant, and others known and unknown,
willfully and knowingly, having devised and intending to devise
a scheme and artifice to defraud and for obtaining money and
property by means of false and fraudulent pretenses,
representations, and promises, would and did transmit and cause
to be transmitted by means of wire, radio, and television


GOVERNMENT
EXHIBIT
1
19-6620-AOV

communication in interstate and foreign commerce, writings, signs, signals, pictures, and sounds for the purpose of executing such scheme and artifice, in violation of Title 18, United States Code, Section 1343, to wit, RAJI participated in a scheme to fraudulently induce a corporate victim to conduct an interstate wire transfer in the amount of approximately $1.7 million, to a bank account controlled by a co-conspirator.

(Title 18, United States Code, Section 1349.)

## COUNT TWO
### (Wire Fraud)

The Grand Jury further charges:

3.     From at least in or about July 2018 up to and including at least in or about September 2018, in the Southern District of New York and elsewhere, MUSTAPHA RAJI, the defendant, willfully and knowingly, having devised and intending to devise a scheme and artifice to defraud and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, transmitted and cause to be transmitted by means of wire, radio, and television communication in interstate and foreign commerce, writings, signs, signals, pictures, and sounds for the purpose of executing such scheme and artifice, to wit, RAJI participated in a scheme to fraudulently induce a corporate victim to conduct an

Case 0:19-mj-06620-AOV Document 8-1 Entered on FLSD Docket 01/07/2020 Page 9 of 28
Case 0:19-mj-06620-AOV Document 8-1 Entered on FLSD Docket 01/07/2020 Page 3 of 8
Case 1:19-cr-00870-JMF Document 2 Filed 12/04/19 Page 3 of 8

interstate wire transfer in the amount of approximately $1.7

million, to a bank account controlled by a co-conspirator.

(Title 18, United States Code, Sections 1343 and 2.)

## COUNT THREE
### (Receipt of Stolen Funds)

The Grand Jury further charges:

4.     From at least in or about July 2018 up to and

including at least in or about September 2018, in the Southern

District of New York and elsewhere, MUSTAPHA RAJI, the

defendant, received, possessed, concealed, stored, bartered,

sold, and disposed of goods, wares, merchandise, securities, and

money, of the value of $5,000 and more, which had crossed a

state boundary after being stolen, unlawfully converted, and

taken, knowing the same to have been stolen, unlawfully

converted, and taken, to wit, MUSTAPHA RAJI received, and aided

and abetted the receipt of, approximately $1.7 million in

proceeds of a fraud scheme via a wire transfer from a bank in

New York to a bank account in Florida controlled by a co-

conspirator.

(Title 18, United States Code, Sections 2315 and 2.)

Case 0:19-mj-06620-AOV Document 11 Filed 01/14/20 Page 10 of 28
Case 0:19-mj-06620-AOV Document 8-1 Entered on FLSD Docket 01/07/2020 Page 4 of 8
Case 1:19-cr-00870-JMF Document 2 Filed 12/04/19 Page 4 of 8

<u>COUNT FOUR</u>
(Money Laundering Conspiracy)

The Grand Jury further charges:

5.   From at least in or about July 2018 up to and including at least in or about September 2018, in the Southern District of New York and elsewhere, MUSTAPHA RAJI, the defendant, and others known and unknown, knowingly did combine, conspire, confederate and agree together and with each other to commit money laundering, in violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i) and 1957(a).

6.   It was a part and an object of the conspiracy that MUSTAPHA RAJI, the defendant, and others known and unknown, knowing that the property involved in a financial transaction represented the proceeds of some form of unlawful activity, would and did conduct and attempt to conduct such a financial transaction which in fact involved the proceeds of specified unlawful activity, to wit, the wire fraud offenses charged in Counts One and Two of this Indictment, in violation of 18 U.S.C. §§ 1343 and 1349, knowing that the transaction was designed in whole and in part to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

Case 0:19-mj-06620-AOV Document 11 Entered on FLSD Docket 01/14/20 Page 11 of 28
Case 0:19-mj-06620-AOV Document 8-1 Entered on FLSD Docket 01/07/2020 Page 5 of 8
Case 1:19-cr-00870-JMF Document 2 Filed 12/04/19 Page 5 of 8

7.   It was further a part and an object of the
conspiracy that MUSTAPHA RAJI, the defendant, and others known
and unknown, knowingly would and did engage and attempt to
engage in a monetary transaction in criminally derived property
of a value greater than $10,000 that was derived from specified
unlawful activity, to wit, the proceeds of the wire fraud
offenses charged in Counts One and Two of this Indictment, in
violation of Title 18, United States Code, Section 1957(a).

(Title 18, United States Code, Section 1956(h).)

### FORFEITURE ALLEGATION

8.   As a result of committing the offenses alleged in
Counts One through Three of this Indictment, MUSTAPHA RAJI, the
defendant, shall forfeit to the United States, pursuant to Title
18, United States Code, Section 981(a)(1)(C) and Title 28,
United States Code, Section 2461(c), any and all property, real
and personal, that constitutes or is derived from proceeds
traceable to the commission of said offenses, including but not
limited to a sum of money in United States currency representing
the amount of proceeds traceable to the commission of said
offenses.

9.   As a result of committing the offense alleged in
Count Four of this Indictment, MUSTAPHA RAJI, the defendant,
shall forfeit to the United States, pursuant to Title 18, United

States Code, Section 982(a)(1), any and all property, real and
personal, involved in said offense, or any property traceable to
such property, including but not limited to a sum of money in
United States currency representing the amount of property
involved in said offense.

                <u>SUBSTITUTE ASSET PROVISION</u>

        10.  If any of the above described forfeitable
property, as a result of any act or omission of the defendant:

                (a)  cannot be located upon the exercise of due
diligence;

                (b) has been transferred or sold to, or deposited
with, a third person;

                (c) has been placed beyond the jurisdiction of
the Court;

                (d) has been substantially diminished in value;
or

                (e) has been commingled with other property which
cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21,
United States Code, Section 853(p) and Title 28, United States
Code, Section 2461(c), to seek forfeiture of any other property

Case 1:18-cv-00870-JMF Document 5 Filed 01/14/20 Page 13 of 28
Case 0:19-mj-06620-AOV Document 11 Entered on FLSD Docket 01/08/2020 Page 13 of 28
Case 0:19-mj-06620-AOV Document 8-1 Entered on FLSD Docket 01/07/2020 Page 7 of 8
Case 1:19-cr-00870-JMF Document 2 Filed 12/04/19 Page 7 of 8

of the defendant up to the value of the above forfeitable

property.

      (Title 18, United States Code, Sections 981 and 982;
        Title 21, United States Code, Section 853; and
        Title 28, United States Code, Section 2461.)

FOREPERSON

GEOFFREY S. BERMAN
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

MUSTAPHA RAJI.

---

INDICTMENT

19 Cr. ____

(18 U.S.C. §§ 1343, 1349, 1956(h), 2315, and 2.)

GEOFFREY S BERMAN
United States Attorney.

Foreman

12/4/19 Fld Sealed Ind a/w [illegible] Mag Judge Moses

Mod AO 442 (09/13) Arrest Warrant    AUSA Name & Telno:  Dina McLeod, 212-637-1040

# UNITED STATES DISTRICT COURT
## for the
### Southern District of New York

United States of America
v.
MUSTAPHA RAJI          )
                                 )
                                 )      Case No.
                                 )
                                 )

**19 CRIM 870**

_____
Defendant

## ARREST WARRANT

To:    Any authorized law enforcement officer

     **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    MUSTAPHA RAJI

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

    18 USC 1349 - Conspiracy to Commit Wire Fraud
    18 USC 1343 - Wire Fraud
    18 USC 2315 - Receipt of Stolen Funds
    18 USC 1956(h) - Money Laundering Conspiracy

Date:  12/04/2019                         _____
                                     *Issuing officer's signature*

City and state:    New York, New York        US Magistrate Judge Barbara C. Moses
                                      *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____               _____ <br>                                *Arresting officer's signature* <br><br>                                *Printed name and title* |

GOVERNMENT EXHIBIT
2
19-6620-AOV

Case 0:19-mj-06620-AOV   Document 11   Entered on FLSD Docket 01/13/2020   Page 16 of 28
Case 2:18-cv-00870-JMF   Document 5   Filed 01/14/20   Page 16 of 28
Case 0:19-mj-06620-AOV   Document 8-3   Entered on FLSD Docket 01/07/2020   Page 1 of 1



GOVERNMENT
EXHIBIT
3
19-6620-AOV

**COURT MINUTES**

## U.S. MAGISTRATE JUDGE LURANA S.SNOW - FORT LAUDERDALE, FLORIDA

DEFT: MUSTAFA RAJI (J)#                     CASE NO: 19-6620-VALLE

AUSA: William Shockley *present*          ATTY: JOAQUIN MENDEZ (CJA) *present*
                                          (If applicable-appeals colloquy)

AGENT:                                      VIOL:

PROCEEDING: PTD/ REMOVAL HEARING            RECOMMENDED BOND:

BOND HEARING HELD - yes / no                COUNSEL APPOINTED:

BOND SET @:                                 To be cosigned by:

☐  Do not violate any law.              *Govt proceeds by proffer*

☐  Appear in court as directed.         *G.*
                                        *Exhibits # 1 copy of indict. - rec'd*
☐  Surrender and / or do not obtain passports / travel   *# 2 copy of arrest warrant - rec'd*
   documents.                           *# 3 photo - rec'd*

☐  Rpt to PTS as directed / or _____ x's a week/month by   *Agent Sworn - John*
   phone; _____ x's a week/month in person.   *Nigel*
                                        *Digue*
☐  Random urine testing by Pretrial Services. _____
   Treatment as deemed necessary.       *ID proven. INS detainer*
                                        *expected.*
☐  Maintain or seek full - time employment.
                                        *A - concerned about health*
☐  No contact with victims / witnesses.   *issues.*
                                        *Court finds:*
☐  No firearms.                         *A - has no status in US.*

☐  Curfew:                              *Court finds A a risk of flight*
                                        *PTD ordered.*
☐  Travel extended to:                  *Court asks USM to expedite transpo*
                                        *to NY & provide medications.*
☐  Halfway House

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |

CHECK IF
APPLICABLE_____: For the reasons stated by counsel for the Defendant and finding that the ends of justice served by granting the ore tenus motion for continuance to hire counsel outweigh the best interests of the public & the Defendant in a Speedy Trial, the Court finds that the period of time from today, through and including _____, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, 18 USC 3161 et seq..

| DATE: | 1-7-20 | TIME: | 11:00am | DAR: | 11:02:52 | | PAGE: |
|---|---|---|---|---|---|---|---|

*40 min*

**COURT MINUTES**

**U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA**

DEFT: MUSTAPHA RAJI (J)#                    CASE NO: 19-6620-VALLE

AUSA: William Shockley / *Ajay Alexander*   ATTY:  ATTY            (FPD conflicted)
                                                   (If applicable-appeals colloquy)

AGENT: _____                 VIOL: _____

PROCEEDING: REPORT RE COUNSEL              RECOMMENDED BOND: _____

BOND HEARING HELD - yes / no               COUNSEL APPOINTED: _____

BOND SET @: _____            To be cosigned by: *CJ - Joaquin Mendez*

                                           *Defendant had initial on 12/20 but requested additional time for PTD.*

❏ Do not violate any law.

❏ Appear in court as directed.                    *A - has not hired an atty.*

❏ Surrender and / or do not obtain passports / travel   *yet. He is interviewing*
   documents.                                     *attys.*

❏ Rpt to PTS as directed / or _____ x's a week/month by   *A now wants to be sworn*
   phone; _____ x's a week/month in person.     *for counsel.*

❏ Random urine testing by Pretrial Services. _____   *A found indigent*
   Treatment as deemed necessary.                 *CJA to be appointed*

❏ Maintain or seek full - time employment.        *Joaquin Mendez*

❏ No contact with victims / witnesses.

❏ No firearms.

❏ Curfew: _____

❏ Travel extended to: _____

❏ Halfway House _____

| NEXT COURT APPEARANCE | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD HEARING: | 1-7-20 | 11:00am | SNOW | |
| REMOVAL HEARING: | 1-7-20 | 11:00am | SNOW | |

CHECK IF APPLICABLE_____: For the reasons stated by counsel for the Defendant and finding that the ends of justice served by granting the ore tenus motion for continuance to hire counsel outweigh the best interests of the public & the Defendant in a Speedy Trial, the Court finds that the period of time from today, through and including _____, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, 18 USC 3161 et seq..

DATE: 1-3-20   TIME: 1:00 PM   DAR: *13:12:00ish*   PAGE: SCANNED

*7 min*

**UNITED STATES DISTRICT COURT FOR SOUTHERN DISTRICT OF FLORIDA **COURT ORDER/MINUTES****

**U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE, FLORIDA ROOM 110**

DEFT:  MUSTAPHA RAJI (J)#26004-104          CASE NO:  19-6620-VALLE

AUSA:  W. SHOCKLEY                          ATTY:

USPO:                                        VIOL:
                                                    18:U.S.C. § 1343

PROCEEDING:  REPORT RE COUNSEL             RECOMMENDED BOND:

BOND/PTD HEARING HELD - yes / no            COUNSEL APPOINTED:

BOND SET @:                                 To be cosigned by:

❑  All standard conditions                  **DEFENDANT PRESENT WITHOUT COUNSEL**

❑  Do not encumber property.                **GOVERNMENT INFORMS THE COURT, GAVE PHONE**

❑  Surrender and / or do not obtain passports / travel    **NUMBERS TO DEFENDANT TO CONTACT FAMILY**
    documents.

❑  Rpt to PTS as directed /  or_ x's a week/month by phone; _    **TO HIRE AN ATTORNEY ON HIS BEHALF.**
    x's a week/month in person.

❑  Random  urine testing by Pretrial Services.    **FPD HAS A CONFLICT ******
    Treatment as deemed necessary.

❑  Maintain or seek full - time employment.  **COURT RE-SETS REPORT RE COUNSEL FOR**

❑  No contact with victims / witnesses.      **FRIDAY JANUARY 3 2020 AT 1 PM (DUTY SNOW)**

❑  No firearms.

❑  Electronic Monitoring:

❑  Travel extended to:

❑  Other:

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| REPORT RE COUNSEL: | JANUARY 3, 2020 AT 1 PM (DUTY SNOW) | | | |
| PTD/BOND HEARING: | JANUARY 7, 2020 AT 11 AM (DUTY SNOW) | | | |
| PRELIM/ARRAIGN OR REMOVAL: | JANUARY 7, 2020 AT 11 AM (DUTY SNOW) | | | |
| STATUS RE EXTRADITION/HRG: | | | | |

TE:  **12/30/19**   TIME:  **11:00 AM**   FTL/TAPE/#  BSS-     Begin  **DAR:**

[5 MINS]
***THE TIME FROM TODAY THROUGH THE RE-SCHEDULED DATE IS EXCLUDED FROM THE DEADLINE FOR TRIAL AS
COMPUTED UNDER THE SPEEDY TRIAL ACT ****** (YES OR NO) DAR:11:05:11-11:07:55

**UNITED STATES DISTRICT COURT FOR SOUTHERN DISTRICT OF FLORIDA **COURT ORDER/MINUTES****

**U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE, FLORIDA ROOM 110**

DEFT: MUSTAPHA RAJI (J)#26004-104          CASE NO: 19-6620-VALLE

AUSA: W. SHOCKLEY (R. JUMAN DUTY AUSA)     ATTY:

USPO:                                       VIOL: **18:U.S.C. § 1343**

PROCEEDING: REPORT RE COUNSEL              RECOMMENDED BOND:

BOND/PTD HEARING HELD - yes / no           COUNSEL APPOINTED:

BOND SET @:                                 To be cosigned by:

| | | |
|---|---|---|
| ❑ | All standard conditions | **DEFENDANT PRESENT WITHOUT COUNSEL** |
| ❑ | Do not encumber property. | **INFORMS THE COURT HE HAD BEEN AT THE HOSPITAL** |
| ❑ | Surrender and / or do not obtain passports / travel documents. | **DUE TO HIS HIGH BLOOD PRESSURE. HAS NOT BEEN** |
| ❑ | Rpt to PTS as directed / or_ x's a week/month by phone; _ x's a week/month in person. | **ABLE TO CONTACT FAMILY MEMEMBERS WHO CAN** |
| ❑ | Random urine testing by Pretrial Services. ___ Treatment as deemed necessary. | **HIRE PRIVATE COUNSEL. COURT MADE INQUIRY** |
| ❑ | Maintain or seek full - time employment. | **AS TO RETAINING PRIVATE COUNSEL OR WISHES TO** |
| ❑ | No contact with victims / witnesses. | **HAVE COURT APPOINTMENT COUNSEL. HE JUST WANTS** |
| ❑ | No firearms. | **MORE TIME TO HIRE HIS OWN AND CONTACT FAMILY** |
| ❑ | Electronic Monitoring: | **GOVERNMENT CALLED FBI AGENT TO GET PHONE** |
| ❑ | Travel extended to: | **NUMBERS FOR THE DEFT, NO ANSWER. DEFT REQUEST** |
| ❑ | Other: | **MORE TIME. GRANTED. RRC/REMOVAL/PTD HRGS RESET** |

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| REPORT RE COUNSEL: | **MONDAY JANUARY 30, 2019 AT 11 AM DUTY (BSS)** | | | |
| PTD/BOND HEARING: | **TUESDAY JANUARY 7, 2020 AT 11 AM DUTY (SNOW)** | | | |
| PRELIM/ARRAIGN OR REMOVAL: | **TUESDAY JANUARY 7, 2020 AT 11 AM DUTY (SNOW)** | | | |
| STATUS RE EXTRADITION/HRG: | | | | |

TE: **12/27/19**   TIME: **11:00 AM**   FTL/TAPE/# BSS-       Begin   **DAR:**

**[20 MINS]**
***THE TIME FROM TODAY THROUGH THE RE-SCHEDULED DATE IS EXCLUDED FROM THE DEADLINE FOR TRIAL AS COMPUTED UNDER THE SPEEDY TRIAL ACT ****** (YES OR NO) DAR:10:33:22-10:39:17/10:59:43-11:07:47**

*3*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-06620-VALLE

UNITED STATES OF AMERICA

v.

MUSTAPHA RAJI,

     Defendant.

_____/

### GOVERNMENT'S NOTICE OF PROFFER OF FACTS
### IN SUPPORT OF PRETRIAL DETENTION

The United States of America, by and through its undersigned Assistant United States Attorney, provides the following proffer of facts in support of its request for pretrial detention.

1.     In July 2018, a Manhattan-based hedge fund was the victim of an email compromise, which led to a fraudulent $1.7 million wire being sent to a Florida bank account in the name of "Unique Bamboo Investments," which was controlled by an individual named Nancy Martino-Jean, who has already been charged and convicted for her role in this scheme.

2.     According to Florida public records, Nancy Martino-Jean is the President of Unique Bamboo Investments, and MUSTAPHA RAJI is the Vice-President.

3.     Martino-Jean wired RAJI $50,000 of the fraudulent funds directly.

4.     Based on email search warrant returns, on July 29, 2018, an individual named Timothy Oyewole emailed his wire information to RAJI. On August 2, 2018, Martino-Jean wired $25,000 to Oyewole. On August 3, 2018, Oyewole wired $10,000 to Timmins Properties Limited, which according to Canadian public records, is a Canadian company controlled by MUSTAPHA RAJI's brother, Dauda Raji.

5.    Based on a Google search history obtained via search warrant, on or about August 12, 2018, approximately two weeks after the fraudulent wire transfer was sent to her account from the victim company, Martino-Jean searched for "marble arch investments" (the name of the victim company). Based on the information provided by Google, this was the first and only search by Martino-Jean which contained the name of the victim company.

6.    According to search warrant returns from Google, on August 13, 2018, Martino-Jean searched for, among other things, "how to remove everything from a computer." In addition, on that same day, Martino-Jean visited a webpage entitled "How to erase my hard drive and start over," which contained detailed instructions on how to erase all of the information on a hard drive.

7.    Based on evidence from Martino-Jean's email account as well as an email account belonging to MUSTAPHA RAJI, on or about August 15 and August 16, just days after Martino-Jean searched for "how to remove everything from a computer," RAJI (along with another individual) forwarded Martino-Jean various scanned documents which purported to be a loan agreement between Unique Bamboo Investments and the victim hedge fund. However, the signature page bears a notarization, but no signatures, indicating that the document is fraudulent. This attempted cover-up in which RAJI participated is consistent with the false story Martino-Jean told the FBI during an interview after her arrest in September 2018. During that interview, she falsely told the FBI that the funds were a loan from the victim company to Unique Bamboo Investments.

8.    Witness testimony would establish that MUSTAPHA RAJI was the person who provided the Unique Bamboo Investments bank account to co-conspirators so that the fraudulent funds could be deposited there.

2

9.      The   Government   calculates   the   likely   Sentencing   Guidelines   advisory
imprisonment range as follows:

      a.      Base offense level (USSG § 2B1.1(a)(1)):  7

      b.      Loss amount of $1.7 million (USSG 2B1.1(b)(1)(I)):  +16

      c.      Enhancement for sophisticated means (due to money movements and the
use of numerous accounts to hide the stolen funds) (USSG 2B1.1(b)(10)):  +2

      d.      Enhancement for money laundering (USSG § 2S1.1(b)(2)(B)):  +2

      e.      Guidelines Range:  70-87 months in prison (after trial), 51-63 months in
prison (after plea).

                             Respectfully Submitted,

                             ARIANA FAJARDO ORSHAN
                             UNITED STATES ATTORNEY

By:      s/William T. Shockley           .
                             ASSISTANT UNITED STATES ATTORNEY
                             500 East Broward Boulevard, Suite 700
                             Fort Lauderdale, Florida  33394
                             Court No. A5500088
                             Telephone No.  (954) 660-5787
                             Telefax No. (954) 356-7230
                             E-Mail:  William.T.Shockley@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 20, 2019, I electronically filed this document with the
Clerk of the Court using CM/ECF.

                             s/William T. Shockley       .
                             ASSISTANT UNITED STATES ATTORNEY

3

# COURT MINUTES

## United States Magistrate Judge Alicia O. Valle

**Courtroom 110**                    Date: 12/20/2019  Time: 11:00 a.m.

Defendant: Mustapha Raji(J)          J#: _____    Case #: 19-6220-AOV

AUSA: Bill Shockley _____        Attorney: Jan Smith, AFPD

Violation: Conspiracy to Commit Wire Fraud

Proceeding: Initial Appearance-Rule 40/5 Removal      CJA Appt: _____

Bond/PTD Held: ☐ Yes  ☑ No      Recommended Bond: Detention

Bond Set at: _____      Co-signed by: _____

| | | Disposition: |
|---|---|---|
| ☐ | Surrender and/or do not obtain passports/travel docs | Language: English |
| ☐ | Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person | Defendant present. Advised of rights and charges. |
| ☐ | Random urine testing by Pretrial Services _____ Treatment as deemed necessary | AFPD appointed for purposes of this hearing. |
| ☐ | Refrain from excessive use of alcohol | FPD has conflict |
| ☐ | Participate in mental health assessment & treatment | Deft request bond/Remand in this district. |
| ☐ | Maintain or seek full-time employment/education | Deft request time to retain private counsel. |
| ☐ | No contact with victims/witnesses | |
| ☐ | No firearms | |
| ☐ | Not to encumber property | |
| ☐ | May not visit transportation establishments | |
| ☐ | Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____ | |
| ☐ | Allowances: Medical needs, court appearances, attorney visits, religious, employment | |
| ☐ | Travel extended to: _____ | |
| ☐ | Other: _____ | |

**NEXT COURT APPEARANCE**   Date:    Time:    Judge:    Place:

Report RE Counsel: 12-27-2019 @ 11am Seltzer

PTD/Bond Hearing: 12-31-2019 @ 10am

Prelim/Arraign or Removal: 12-31-2019 @ 10am

Status Conference RE: _____

D.A.R. 11:22:54 (rights); 11:53:56      Time in Court: 15 mins.

CHECK IF APPLICABLE: _____ For the reasons stated by counsel for the Defendant and finding that the ends of justice served by granting the ore tenus motion for continuance to hire counsel outweigh the best interests of the public & the Defendant in a Speedy Trial, the Court finds that the period of time from today, through and including _____, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, 18 USC 3161 et seq..

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

     - v. -

MUSTAPHA RAJI,

               Defendant.

- - - - - - - - - - - - - - - - - - x

19mj6620-AOV



SEALED
INDICTMENT

19 Cr. ___

19 CRIM 870

COUNT ONE
(Conspiracy to Commit Wire Fraud)

The Grand Jury charges:

1.  From at least in or about July 2018 up to and including at least in or about September 2018, in the Southern District of New York and elsewhere, MUSTAPHA RAJI, the defendant, and others known and unknown, willfully and knowingly, did combine, conspire, confederate, and agree together and with each other to commit wire fraud, in violation of Title 18, United States Code, Section 1343.

2.  It was a part and an object of the conspiracy that MUSTAPHA RAJI, the defendant, and others known and unknown, willfully and knowingly, having devised and intending to devise a scheme and artifice to defraud and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, would and did transmit and cause to be transmitted by means of wire, radio, and television

# U.S. District Court
## Southern District of Florida (Ft Lauderdale)
### CRIMINAL DOCKET FOR CASE #: 0:19-mj-06620-AOV-1
### Internal Use Only

Case title: USA v. Raji

Date Filed: 12/20/2019
Date Terminated: 01/07/2020

Assigned to: Magistrate Judge Alicia O. Valle

### Defendant (1)

**Mustapha Raji**
26004-104
*YOB 1970 English*
*TERMINATED: 01/07/2020*

represented by **Joaquin Mendez , Jr.**
Joaquin Mendez P.A.
201 Alhambra Circle
Suite 1200
Coral Gables, FL 33134
305-375-0886
Fax: 305-375-0884
Email: jm@jmendezlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

### Pending Counts

None

### Disposition

### Highest Offense Level (Opening)

None

### Terminated Counts

None

### Disposition

### Highest Offense Level (Terminated)

None

### Complaints

18:U.S.C.§1343 CONSPIRACY TO
COMMIT WIRE FRAUD;
18:U.S.C.1343 WIRE FRAUD;
18:U.S.C.2315 RECEIPT OF STOLEN
FUNDS; 18:U.S.C.1956(a)(1)(B)(i)

### Disposition

MONEY LAUNDERING
CONSPIRACY

**Plaintiff**

**USA**

represented by **William T. Shockley**
United States Attorney's Office
500 East Broward Boulevard, Suite 700

Fort Lauderdale, FL 33394
954-356-7255, ext. 3587
Fax: 954-356-7230
Email: William.T.Shockley@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/20/2019 | 1 | Magistrate Removal of Indictment from Southern District of New York Case number in the other District 19-CRIM-870 as to Mustapha Raji (1). (at) (Entered: 12/20/2019) |
| 12/20/2019 | | Arrest of Mustapha Raji (at) (Entered: 12/20/2019) |
| 12/20/2019 | | Set Hearings as to Mustapha Raji: Initial Appearance - Rule 5(c)(3)/40 set for 12/20/2019 AT 11:00 AM in Fort Lauderdale Division before FTL Duty Magistrate. (at) (Entered: 12/20/2019) |
| 12/20/2019 | 2 | Minute Order for proceedings held before Magistrate Judge Alicia O. Valle: Initial Appearance in Rule 5(c)(3)/Rule 40 Proceedings as to Mustapha Raji held on 12/20/2019. Deft request bond/removal in this District. Deft request time to retain private counsel. Detention Hearing set for 12/31/2019 AT 10:00 AM in Fort Lauderdale Division before FTL Duty Magistrate. Removal Hearing set for 12/31/2019 AT 10:00 AM in Fort Lauderdale Division before FTL Duty Magistrate. Report Re: Counsel Hearing set for 12/27/2019 AT 11:00 AM in Fort Lauderdale Division before FTL Duty Magistrate. (Digital 11:22:54/11:53:56) (Signed by Magistrate Judge Alicia O. Valle on 12/20/2019). (at) (Entered: 12/20/2019) |
| 12/20/2019 | 3 | NOTICE of Proffer of Facts in Support of Pretrial Detention by USA as to Mustapha Raji (Shockley, William) (Entered: 12/20/2019) |
| 12/27/2019 | 4 | Minute Order for proceedings held before Magistrate Judge Barry S. Seltzer: **Report Re Counsel** Hearing as to Mustapha Raji held on 12/27/2019. Defendant request more time, Granted, (Detention Hearing RESET for 1/7/2020 AT 11:00 AM in Fort Lauderdale Division before FTL Duty Magistrate., Report Re: Counsel Hearing RESET for 1/30/2019 AT 11:00 AM in Fort Lauderdale Division before FTL Duty Magistrate., Removal |

| | | |
|---|---|---|
| | | Hearing RESET for 1/7/2020 AT 11:00 AM in Fort Lauderdale Division before FTL Duty Magistrate.). (Digital 10:33:22-10:39:17/RECALLED 10:59:43-11:07:47) (Signed by Magistrate Judge Barry S. Seltzer on 12/27/2019). (at) (Entered: 12/27/2019) |
| 12/27/2019 | | Reset Hearings as to Mustapha Raji: Report Re: Counsel Hearing RESET for 12/30/2019 AT 11:00 AM in Fort Lauderdale Division before FTL Duty Magistrate. **CORRECTION WAS MADE ** (at) (Entered: 12/27/2019) |
| 12/30/2019 | 5 | Minute Order for proceedings held before Magistrate Judge Barry S. Seltzer: **Report Re Counsel** Hearing as to Mustapha Raji held on 12/30/2019. FPD has a conflict, RRC re-set. (Report Re: Counsel Hearing RESET for 1/3/2020 AT 01:00 PM in Fort Lauderdale Division before FTL Duty Magistrate.). (Digital 11:05:11-11:07:55) (Signed by Magistrate Judge Barry S. Seltzer on 12/30/2019). (at) (Entered: 12/30/2019) |
| 01/03/2020 | 6 | Minute Entry for proceedings held before Magistrate Judge Lurana S. Snow: **Attorney Appointment** Hearing as to Mustapha Raji held on 1/3/2020. Deft has not hire an attorney yet. He is interviewing attorneys. Now he wants to be sworn for counsel. Found indigent. Attorney added: Joaquin Mendez, Jr for Mustapha Raji for **REMOVAL/RULE 5 to another District** CJA representation. Date attorney was appointed CJA: 1/3/20. (Digital 13:12:00) (at) (Entered: 01/03/2020) |
| 01/07/2020 | 7 | Minute Order for proceedings held before Magistrate Judge Lurana S. Snow: Detention Hearing as to Mustapha Raji held on 1/7/2020. Witness Agent John Migel Dugue testified. Court finds defendant to be a risk of flight and Orders defendant detained pending trial. Removal Hearing as to Mustapha Raji held on 1/7/2020. (Digital 11:02:52) Signed by Magistrate Judge Lurana S. Snow on 1/7/2020. (tpl) (Entered: 01/07/2020) |
| 01/07/2020 | 8 | First CERTIFICATE of Compliance Re Admitted Evidence for exhibit(s): 1, 2 and 3 as to Mustapha Raji by William T. Shockley (Attachments: # 1 Exhibit Gov. Ex. 1 - Indictment in SDNY, # 2 Exhibit Gov. Ex. 2 - Arrest Warrant in SDNY, # 3 Exhibit Gov. Ex. 3 - Photo of Defendant) (Shockley, William) (Entered: 01/07/2020) |
| 01/07/2020 | 10 | COMMITMENT TO ANOTHER DISTRICT as to Mustapha Raji. Defendant committed to District of SD/NY.. Closing Case for Defendant. Signed by Magistrate Judge Lurana S. Snow on 1/7/2020. *See attached document for full details.* (dd) (Entered: 01/13/2020) |
| 01/10/2020 | 9 | ORDER OF DETENTION as to Mustapha Raji signed by Magistrate Judge Lurana S. Snow on 1/10/2020. (jz) (Entered: 01/12/2020) |