

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 27, 2020

**BY ECF AND EMAIL**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    United States v. Mustapha Raji, 19 Cr. 870 (JMF)

Dear Judge Furman:

    The Government writes in response to the Court's request that it consult with the U.S. Marshals Service ("USMS") and provide an explanation for the delay in transporting the defendant to this district. (*See* Dkt. Entry No. 7).

    The USMS has informed the Government that on January 7, 2020—the date of the removal order—the USMS entered a removal request into the Justice Prisoner & Alien Transportation System ("JPATS"). In order to be cost-effective, the USMS routes inmates through central hubs, rather than flying each inmate from his or her original location to his or her destination. JPATS indicated that the first flight available to the defendant from Miami to Oklahoma City (one of the USMS hubs) was on January 22, 2020. JPATS also indicated that the next flight available to the defendant from Oklahoma City to the Southern District of New York was scheduled for February 4, 2020. According to the USMS, this route was chosen because it was the most direct route between the defendant's starting location and the Southern District of New York.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney

By:   *Dina McLeod*
    Dina McLeod
    Assistant United States Attorney
    (212) 637-1040