AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  NEW YORK

**APPEARANCE**

Case Number: 19 Cr. 870 (JMF)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Mustapha Raji

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 2/12/2020 | *[signature]* Jeremy Schneider (SC) |
| Date | Signature |
| | Jeremy Schneider, Esq.  —  JS4378 |
| | Print Name  —  Bar Number |
| | 100 Lafayette Street, Suite 501 |
| | Address |
| | New York   NY   10013 |
| | City   State   Zip Code |
| | (212) 571-5500   (212) 571-5507 |
| | Phone Number   Fax Number |