UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                               ECF CASE
-------------------------------------------------------X

UNITED STATES OF AMERICA

              NOTICE OF APPEARANCE AND REQUEST
   v.           FOR ELECTRONIC NOTIFICATION
                19 Cr. 870 (JMF)

MUSTAPHA RAJI,

     Defendant.
-------------------------------------------------------X

TO: Clerk of Court
    United States District Court
    Southern District of New York

   The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                   Respectfully submitted,

                   GEOFFREY S. BERMAN
                   United States Attorney for the
                   Southern District of New York

            by: _____
              Eun Young Choi
              Assistant United States Attorney
              (212) 637-2187

TO: Defense Counsel (via ECF)