UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-6620-VALLE

UNITED STATES OF AMERICA,

       Plaintiff,

v.

MUSTAPHA RAJI,

       Defendant.

_____

## **DETENTION ORDER**

Pursuant to 18 U.S.C. § 3142(f), on January 7, 2020, a hearing was held to determine whether Defendant, Mustapha Raji should be detained prior to trial. Having considered the factors enumerated in 18 U.S.C. § 3142(g), this Court finds that no condition or combination of conditions will reasonably assure the appearance of this Defendant as required and/or the safety of any other person and the community. Therefore, it is hereby ordered that Defendant, Mustapha Raji be detained prior to trial and until the conclusion thereof.

In accordance with the provisions of 18 U.S.C. § 3142(i), the Court hereby makes the following findings of fact and statement of reasons for the detention:

1. The Defendant is charged with conspiracy to commit wire fraud, in violation of 18 U.S.C. § 71; wire fraud, in violation of 18 U.S.C. § 343; receipt of stolen funds, in violation of 18 U.S.C. § 2315, and conspiracy to commit money laundering, in violation of 18 U.S.C. § 1956(a)(1)(B)(I). 18 U.S.C. § 3142(g)(1).

2. The weight of the evidence against the Defendant is substantial. Government witnesses will testify that in July 2018, the e-mail system of a Manhattan, New York hedge fund was compromised, resulting in a fraudulent wire transfer of $1.7 million from the hedge fund to Unique Bamboo Investments, a Florida corporation of which the Defendant was vice president. The Defendant received at least $50,000 of the funds fraudulently transferred, and later accessed websites

which provided instructions on how to wipe a computer hard drive. In connection with this scheme, fraudulent documents were forwarded which purported to reflect a loan from the victim hedge fund to Unique Bamboo Investments. The Government has recovered approximately $1 million of the fraudulently transferred funds, while approximately $700,000 of those funds remain missing. 18 U.S.C. § 3142(g)(2).

3. The pertinent history and characteristics of the Defendant are that he is a national of Ghana, but states that he does not have a passport from that country. The Defendant does possess a Canadian passport, which was seized by the arresting officers. He entered the United States on a tourist visa which since has expired, and therefore is unlawfully present in the United States. The Defendant claims self-employment at a company called Emergent Development Corporation, earning approximately $80,000 per year, but he has no assets or liabilities. He suffers from hypertension and a heart condition, for which he takes medication.

The Defendant has no criminal record, but has minimal ties to this community and strong ties to Ghana and Canada. He has no incentive to appear for trial and must be deemed a risk of flight. 18 U.S.C. § 3142(g)(3)(A) and (B).

4. The Court specifically finds that there are no conditions or combination of conditions which reasonably will assure the Defendant's appearance as required and/or the safety of any other person and the community. 18 U.S.C. § 3142(e).

Based upon the above findings of fact, which were supported by clear and convincing evidence, the Court has concluded that this Defendant presents a serious risk of flight if released prior to trial. The Court hereby directs:

(a) That the Defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practical, from persons awaiting or serving sentences or being held in custody pending appeal;

(b) That the Defendant be afforded reasonable opportunity for private consultation with counsel; and

     (c) That, on order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which the Defendant is confined deliver the Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

    DONE AND ORDERED at Fort Lauderdale, Florida, this 10th day of January, 2020.

                   _____
                   LURANA S. SNOW
                   UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA William Shockley (FTL)
Joaquin Mendez, Jr., Esq. (CJA)

U.S. Probation Office (FTL)