ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman  Tel: (212) 571-5500
Jeremy Schneider  Fax: (212) 571-5500
Robert A. Soloway
David Stern
―――――
Rachel Perillo

July 27, 2020

**Via ECF**
Hon. Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

*Application GRANTED. The Clerk of Court is directed to terminate Doc. #36. SO ORDERED.*

*[signature]*

*July 27, 2020*

Re:  United States v. Mustapha Raji
     19 Cr. 870 (JMF)

Dear Judge Furman:

    I am the attorney for Mustapha Raji, the defendant in the above-referenced matter. On May 27, 2020, the Court granted Mr. Raji's bail application and ordered that he be released pursuant to a $100,000 personal recognizance bond co-signed by three "financially responsible persons" and secured by $10,000 in collateral. Mr. Raji remains in custody.

    At this time, the parties have reached an agreement, and the government, by AUSA Eun Young Choi, consents to Mr. Raji's release on bond co-signed by *two* financially responsible persons and one person for moral suasion purposes. The government has interviewed and approved all three individuals – Sergena St. Fort and Cheri Backman, who will be co-signing as financially responsible persons, and Patrick Wisner, who will be co-signing for moral suasion.

    Accordingly, it is respectfully requested that the Court modify its May 27, 2020 Bail Order to allow the bond to be co-signed by two financially responsible persons and one individual for moral suasion.

    If the Court has any questions regarding this matter, please contact my office. I thank your Honor for your time and attention to this matter.

Respectfully submitted,
/s/
Jeremy Schneider

cc:  AUSA Eun Young Choi (By ECF)
     AUSA Dina McCleod (By ECF)