# EXHIBIT A

**ORLANDO HEALTH** | Heart Institute Cardiology Group

Swathy Kolli, M.D.
Sarah Seacrist, ARNP

DEA#: _____  LIC#: _____

SANDLAKE OFFICE:
7236 Stonerock Circle, Orlando, FL 32819
Ph: (407) 370-5800 • Fax: (407) 370-5820 • Prescription: (407) 370-5825

NAME Raji, Mustapha    AGE 50
ADDRESS    DOB 8/11/1970    DATE 10/8/2020

RX ILLEGAL IF NOT SAFETY BLUE BACKGROUND
RESISTS ERASURES AND ALTERATIONS
ILLEGAL APPEARS IF COPIED

℞ Walk 3-5x/week for 30 minutes per day

Label
Refill NR 1 2 3 4 5

_____
(Signature)

In order for the brand name product to be dispensed, the prescriber must write "Medically Necessary" on the front of this prescription.

14278_045326 (02/17)    FPD17030145326