

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 5, 2021

**BY ECF AND EMAIL**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

     Re:    United States v. Mustapha Raji, 19 Cr. 870 (JMF)

Dear Judge Furman:

     The Government and the defendant write jointly in response to the Court's direction that the parties submit a letter indicating our views on whether the proceeding scheduled for January 20, 2021 should be held. (*See* Dkt. Entry No. 50). The parties request that the proceeding scheduled for January 20, 2021 be held. The parties have conferred and the Government is informed that the defendant will likely file one or more motions, including a motion to suppress, by the defendant's motion deadline of January 15, 2021.

     The parties also request a virtual pretrial conference, so that the defendant need not travel to New York and risk additional exposure to the coronavirus. The defendant waives his appearance at either an in-person proceeding or a virtual proceeding. The parties are available at the following dates and times: January 20 after 11:00 a.m.; January 21 before 2:30 p.m.; January 22 after 12:00 p.m.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By: *Dina McLeod*
Dina McLeod/Eun Young Choi
Assistant United States Attorneys
(212) 637-1040/ -2187

The Court will hold a teleconference on January 20, 2020, at 3:00 p.m., in which the defendant **shall** also participate. The defendant and counsel should join the conference by calling the Court's dedicated conference call line at (888) 363-4749, using access code 542-1540 followed by the pound (#) key. Members of the public may access the conference using the same call-in information, but will be placed in listen-only mode. Recording of the conference is prohibited by law. The Clerk of Court is directed to terminate Doc. #51. SO ORDERED.

*[signature]*
January 5, 2021