UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA     :     19 Cr. 870 (JMF)

    - against -     :     <u>Notice of Motion</u>

MUSTAPHA RAJI     :

              Defendant.     :
-------------------------------------------------------x

        PLEASE TAKE NOTICE, that upon the accompanying Memorandum of Law, defendant MUSTAPHA RAJI hereby moves this Court, the Hon. Jesse M. Furman, at the United States Courthouse, for an Order:

a. Suppressing physical evidence that was unlawfully seized from Mr. Raji's home in violation of his Fourth Amendment Rights and all evidence derived therefrom, or, in the alternative, for a hearing to determine the admissibility of such evidence; and

b. Permitting defense counsel to supplement the instant motion and/or to make any additional motions that may become necessary upon further disclosures from the government.

Dated:     New York, New York
              January 15, 2021

                                                         / s /
                                        _____
                                        JEREMY SCHNEIDER
                                        Rothman, Schneider,
                                             Soloway & Stern, LLP
                                        100 Lafayette Street, Ste. 501
                                        New York, New York 10013
                                        (212) 571-5500

TO:    CLERK OF THE COURT
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

HON. JESSE M. FURMAN
United States District Court Judge
Southern District of New York
40 Foley Square
New York, New York 10007

DINA MCLEOD, ESQ.
EUN YOUNG CHOI, ESQ.
Assistant United States Attorneys
Southern District of New York
One St. Andrews Plaza
New York, New York 10007