**ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP**
Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

| | |
|---|---:|
| Franklin A. Rothman | Tel: (212) 571-5500 |
| Jeremy Schneider | Fax: (212) 571-5500 |
| Robert A. Soloway | |
| David Stern | |
| ———————— | |
| Rachel Perillo | |

January 20, 2021

**By ECF**

Hon. Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re: United States v. Mustapha Raji
       19 Cr. 870 (JMF)

Dear Judge Furman:

  I am the attorney for Mustapha Raji, the defendant in the above-referenced matter. At today's pretrial conference, the Court directed counsel to publicly file Exhibit A to Mr. Raji's suppression motion, which was previously filed under seal on January 15, 2020. In compliance with the Court's direction, Exhibit A is attached with this letter.

  The Court's time and attention to this matter is appreciated.

                Respectfully submitted,

                /s/

                Jeremy Schneider

cc: AUSA Eun Young Choi (by ECF)
   AUSA Dina McCleod (by ECF)