ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

| | |
|---|---:|
| Franklin A. Rothman | Tel: (212) 571-5500 |
| Jeremy Schneider | Fax: (212) 571-5500 |
| Robert A. Soloway | |
| David Stern | |
| ———— | |
| Rachel Perillo | |

January 25, 2021

**By ECF**

Hon. Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

        Re:    United States v. Mustapha Raji
                 19 Cr. 870 (JMF)

Dear Judge Furman:

      I am the attorney for Mustapha Raji, the defendant in the above-referenced matter. Attached, please find a signed and notarized copy of Mr. Raji's affidavit, which was previously submitted as Exhibit B to his Motion to Suppress.

                                                                               Respectfully submitted,

                                                                                    /s/

                                                                               Jeremy Schneider

cc:     AUSA Eun Young Choi (by ECF)
          AUSA Dina McCleod (by ECF)