# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA          :          19 Cr. 870 (JMF)

    - against -                                  :          AFFIDAVIT OF
                                                                        MUSTAPHA RAJI
MUSTAPHA RAJI                            :

           Defendant.              :
-------------------------------------------------------x

MUSTAPHA RAJI, under the penalty of perjury, affirms as follows:

1. I am a resident of 2013 Adams Street, Unit 5, Hollywood, Florida 33020.

2. On the morning of December 20, 2019, I was sleeping in the living room of my home when I heard knocking on my door.

3. I approached the front door and observed approximately eight law enforcement officers with guns drawn outside of my home.

4. I directed the officers to my back door because the front door was jammed.

5. I opened the back door and the officers brought me outside of my home and handcuffed me. Some of the officers entered my home.

6. I was then led back into the house while handcuffed and brought into the living room area.

7. I waited with the officers while they gathered some of my personal belongings.

8. As the officers began to escort me out of my home, an officer asked me, in sum and substance, "where are your phones?" I did not respond.

9. As I left my home I observed an officer carrying my two phones.

10. I was then driven to an FBI office. While at the office I was instructed that I had to provide the officers with certain contact information. I told them the phone numbers would be in one of the phones that they had in their possession. An agent then instructed me to unlock the phone. Because I did not think I could refuse, I complied. The officers then retrieved the information from the phone.

11. At no time during my arrest did I ask to use my cell phone.

12. At no time during my arrest did law enforcement present me with a search and seizure warrant.

13. At no time during my arrest did I consent to the seizure of my cell phone or any information therefrom.

DATED: ~~NEW YORK, NEW YORK~~ HOLLYWOOD, FLORIDA

January 22, 2021

_____
MUSTAPHA RAJI

Sworn to me this
22nd day of January, 2021
via FaceTime/Video

_____
JEREMY SCHNEIDER
Notary Public, State of New York
No. 02SC5021424
Qualified in New York County
Commission Expires February 2022

---

[1] Please note that Mr. Raji could not sign and have this affidavit notarized prior to this filing due to his home incarceration status. However, counsel has reviewed it with him and he affirms that the facts are correct. A signed copy will be provided to the Court as soon as possible.