

# United States District Court
## Southern District of Florida

UNITED STATES OF AMERICA
        Plaintiff

CASE NUMBER: CR: __19 CRIM 870__

VS.

REPORT COMMENCING CRIMINAL ACTION

__MUSTAPHA RAJI__
        Defendant

USMS NUMBER

TO: CLERK'S OFFICE
U.S. DISTRICT COURT
    MIAMI    (FT. LAUDERDALE)    W. PALM BEACH
    (CIRCLE ONE)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE

COMPLETE ALL ITEMS. INFORMATION THAT IS NOT APPLICALBE, MARK N/A

(1) DATE AND TIME OF ARREST: __12/20/2019__ A.M. __06:00__ P.M.

(2) LANGUAGE SPOKEN: __TWI, WYRUBA, ENGLISH__

(3) OFFENSE CHARGED: __18 USC 1349 - CONSPIRACY TO COMMIT WIRE FRAUD / 18 USC 1343 - WIRE FRAUD__
__18 USC 2315 - RECEIPT OF STOLEN FUNDS / 18 USC 1956(h) - MONEY LAUNDERING CONSP.__

(4) DATE OF BIRTH: [REDACTED]

(5) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
    [✓] INDICTMENT      { } COMPLAINT TO BE FILED/ALREADY FILED
    { } BENCH WARRANT FOR FAILURE TO APPEAR
    { } PROBATION VIOLATION WARRANT
    { } PAROLE VIOLATION WARRANT

ORIGINAL DISTRICT: __SOUTHERN DISTRICT OF NEW YORK__

(6) REMARKS: _____

(7) DATE: __12/20/2019__ (8) ARRESTING OFFICER: __SA JOHN DUGUE__

(9) AGENCY: __FBI__ (10) PHONE: [REDACTED]

(11) COMMENTS: _____

USMS - 129 / 312 PRISONER INTAKE
## SOUTHERN DISTRICT OF FLORIDA

* IS THIS PRISONER A SAFE-KEEPER? (Housed at Fed Jail)   __YES / ✓NO
* IS THIS A WARRANT OF REMOVAL*   __YES / ✓NO

| USMS # | LAST NAME | FIRST | MIDDLE |
|---|---|---|---|
|  | RASI | MUSTAPHA | MUHAMMED |

| DATE OF BIRTH | PLACE OF BIRTH | STATE | CITIZENSHIP |
|---|---|---|---|
|  | GHANA |  | CANADA |

DNA: _____

************************************************************************

### ARREST INFORMATION

AGENCY: Federal Bureau of Investigation   LOCATION OF ADDRESS _____

DATE / TIME OF ARREST: 12 / 20 / ~~2018~~ 2019   CASE / WARRANT #: 19 CRIM 870
: AM / PM

************************************************************************

### OFFENSES

DESCRIPTION
CONSPIRACY TO COMMIT FRAUD   TITLE 18   USC 1349
WIRE FRAUD   TITLE 18   USC 1343

REMARKS: _____

************************************************************************

### SPECIAL HANDLING REMARKS (SEPARATIONS, MEDICAL, DRUG ADDICTIONS)?

************************************************************************

1

USMS - 129 / 312 PRISONER INTAKE
# SOUTHERN DISTRICT OF FLORIDA

## ALIAS

LAST NAME                                              FIRST NAME

_____

_____

_____

*******************************************************************

## ASSOCIATES OR OTHER ARRESTED AT THE SAME TIME (NOT RELATED)

NAME: _____  ADDRESS: _____

PHONE # : ____ - ____ - _____  DOB / AGE: _____  REMARK: _____

NAME: _____  ADDRESS: _____

PHONE # : ____ - ____ - _____  DOB / AGE: _____  REMARK: _____

NAME: _____  ADDRESS: _____

PHONE # : ____ - ____ - _____  DOB / AGE: _____  REMARK: _____

*******************************************************************

## SCARS, MARKS, TATTOOS, PECULIARITIES

DESCRIPTION:
1. _____
2. _____
3. _____

*******************************************************************

## VEHICLES OWNED / USED/LEASED

YEAR: _____  MAKE: _____  MODEL: _____  COLOR: _____

LICENSE PLATE: _____  STATE: _____  YEAR REGISTERED: _____


YEAR: _____  MAKE: _____  MODEL: _____  COLOR: _____

LICENSE PLATE: _____  STATE: _____  YEAR REGISTERED: _____

*******************************************************************

2

USAO_00026921

USMS - 129 / 312 PRISONER INTAKE
# SOUTHERN DISTRICT OF FLORIDA

## LICENSE

LICENSE #          STATE ISSUED          TYPE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## OTHER NUMBERS ( PASSPORT, VISA, A #s, ETC.)

[REDACTED]

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## EMPLOYER

OCCUPATION: _____

EMPLOYER NAME: _____

EMPLOYER ADDRESS: _____

STARTING DATE: _____     ENDING DATE: _____

POINT OF CONTACT: _____     TELEPHONE #: ___ - ___ - ___

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## FINANCIAL INFORMATION MONEY OWED

BANK ACCOUNT TYPE                     ACCOUNT # ADDRESS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MILITARY INFORMATION

BRANCH: _____     ENTRY DATE: _____ DISCHARGE DATE: _____

RANK AT DISCHARGE: _____     TYPE OF DISCHARGE: _____

VETERANS COMPENSATION: _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

3

USAO_00026922

## USMS - 129 / 312 PRISONER INTAKE
## SOUTHERN DISTRICT OF FLORIDA

### RELATIVES

| | LAST NAME | FIRST | RELATION | PHONE# | DOB |
|---|---|---|---|---|---|
| 1. | RAJI | DAUDI | BROTHER | ▇▇▇▇ | |

ADDRESS: _____

REMARKS: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇

| | | | | | |
|---|---|---|---|---|---|
| 2. | CHERI | BACKMAN | | | |

ADDRESS: ▇▇▇▇▇▇

REMARKS: _____

3. _____
ADDRESS: _____
REMARKS: _____

4. _____
ADDRESS: _____
REMARKS: _____

5. _____
ADDRESS: _____
REMARKS: _____

6. _____
ADDRESS: _____
REMARKS: _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

USAO_00026923

## USMS - 129 / 312 PRISONER INTAKE
## SOUTHERN DISTRICT OF FLORIDA

**PRIOR ARRESTS**

1. _____
2. _____
3. _____

*********************************************************************

**GENERAL INFORMATION**

BOND: _____

PROPERTY OWNED: _____

INSURANCE POLICIES, FRATERNAL ORGANIZATIONS, ETC. (THAT WOULD ASSIST IN LOCATING THE DEFENDANT IN THE FUTURE):

_____
_____
_____

ADDITIONAL INFORMATION : _____
_____

*********************************************************************

PREPARED BY : Special Agent   JOHN DUGUÉ         AGENCY : Federal Bureau of Investigation

TELEPHONE # : ▮▮▮▮▮                              DATE / TIME: 12/20/2018 [2019]  06:00 AM ⃝ PM

CASE AGENT : Special Agent   RYAN MICHAEL        TELEPHONE #: ▮▮▮▮▮

REVIEWED BY DUSM: _____

5



U.S. Department of Justice

United States Marshals Service

Southern District of Florida

Miami, FL. 33128

# ARRESTING AGENCY RESPONSIBILITIES

\* *Please review the following important responsibilities when transporting/dropping off new arrests at the **Miami United States Marshal Cellblock** located at the Atkins Federal Courthouse (301 N. Miami Ave, Miami FL 33128)*

1. Agents are responsible for their arrestee(s) until he/she has been remanded by the Magistrate Judge.

2. Agents are responsible for completing all required USMS paperwork (Complete Booking package) prior to dropping off new arrests. (**This includes conducting DNA swab.**)

3. Agents are responsible for obtaining any medicine/medical devices (asthma pump, etc.) for their arrestee(s) if needed. This includes hospital clearance if warranted.

4. Agents are responsible to conduct all warrant queries of their arrestee(s) to include local, state and federal.

5. Agents are responsible for escorting (1 agent min.) their arrestee(s) to magistrate court with the assistance of USMS personnel. (**Agents will report at 13:00hr on the second floor of the Atkins building.**)

6. **DETAINERS** are to be lodged once the arrestee(s) has been remanded to the custody of the U.S. Marshals Service by the courts.

\**Signing below indicates that you have read and understand your responsibility as an agent.*

Agency: FBI

Agent Name: Michael Ryan

Supervisor Name: Steve Fullingh

Phone Number: ███

Agent signature: *Michael Ryan*

Supervisor Phone#: ███

USAO_00026925



Southern District of Florida

# Prisoner Risk Assessment

...se explain affirmative responses as appropriate. Use the reverse side of this form as necessary for any ...ensive or additional comments.

...oner Name __MUSTAPHA MUHAMMED RAJI__   USMS # _____

1) Is the inmate involved or was he/she involved in any high profile criminal activity or high profile case?
   ☐ YES  ☒ NO    If yes, briefly explain: _____

2) Is this inmate a known "Drug Lord"?    ☐ YES  ☒ NO    If yes, please explain: _____

3) Is there any gang affiliation or group identification know about this inmate?    ☐ YES  ☒ NO
   If yes, please explain and describe if weapons were involved: _____

4) Is there any current or past history of violence with this inmate?
   ☐ YES  ☒ NO    If yes, please explain and describe if weapons were involved: _____

5) Is this inmate a potential escape risk escape, either because of the nature and severity of his/her offense or any other reason?    ☐ YES  ☒ NO    If yes, please give details: _____

6) Is there any known suicidal risk or is this inmate using any mind altering drugs at this time?    ☐ YES  ☒ NO
   If yes, please explain the possible suicidal tendencies and/or the drug(s) being used: _____

7) Is there any safety/security reason for which this inmate needs to be separated from anyone incarcerated at this facility?    ☐ YES  ☒ NO    If yes, please complete a USMS separation request form.

8) Are there any extraordinary security precautions you recommend in relation to this inmate?    ☐ YES  ☒ NO
   If yes, please explain: _____

9) Is this defendant part of any terrorist group, terrorist related activity, or national security matter?  ☐ YES  ☒ NO
   If yes, please explain: _____

10) Is this defendant a sex offender?    ☐ YES  ☒ NO
    If yes, please explain: _____

Agency: __FBI__    Date: __12/20/2019__    Agents Cell Phone ▉▉▉▉▉

...int Name of Agent __JOHAN DUGUE__    Signature of Agent: _[signature]_

USAO_00026926

# THE UNITED STATES MARSHALS SERVICE

# Separation Request Form

DATE: _____

INMATE'S NAME: _____
                   (LAST)                (FIRST)               (MIDDLE)

COURT CASE NO: _____
REGISTER NO.: _____
DATE OF BIRTH: _____
RACE/SEX: _____

**PLEASE SEPARATE THE ABOVE INMATE FROM:**

INMATE'S FULL NAME:                               REGISTER NO.

1) _____

2) _____

3) _____

4) _____

5) _____

PLEASE GIVE THE SPECIFIC REASON FOR THIS REQUEST: (BE ADVISED WE DO NOT SEPARATE INMATES SIMPLY BECAUSE THEY ARE CO-DEFENDANTS OR CO-CONSPIRATORS IN A CASE.)

_____    _____
_____    _____
_____    _____

_____    _____    _____
(PRINT YOUR NAME)        (SIGNATURE)        (PROSECUTORS NAME)

_____    _____    _____
(YOUR AGENCY)        (CELL PHONE)        (PHONE NO.)

# FOI EXEMPT

USAO_00026927

BP-S377.058 **PRISONER REMAND** CDFRM
FEB 04
U.S. DEPARTMENT OF JUSTICE                                     FEDERAL BUREAU OF PRISONS

| ARRESTING OFFICER WILL COMPLETE ALL REQUIRED DATA ON THIS FORM PRIOR TO COMMITTING TO MCC/MDCs. | Register Number | P I C T U R E |
|---|---|---|
| Name: Last RAJI | First MUSTAPHA | Middle MUHAMMED | |
| AKAs: [redacted] | | | |

CHARGES
CHECK CATEGORY OF CHARGES(S):
✓ FELONY      ___ MISDEMEANOR      ___ CIVIL CONTEMPT      ___ MATERIAL WITNESS
OTHER

NARRATIVE:
Title: 18 USC: 1349 CONSPIRACY TO COMMIT FRAUD
NARRATIVE:
Title: 18 USC: 1343 WIRE FRAUD

Date of Offense: 12/04/2019   Date of Arrest: 12/20/2019   Place of Arrest: FLORIDA

| State of Birth | Country of Birth GHANA | Citizenship CANADA | [redacted] |
|---|---|---|---|

Arraigned __Y ✓N     Sentenced __Y ✓N     Special Handling: __Y ✓N     Remarks:

| IN | IN | IN | IN | IN |
|---|---|---|---|---|
| Remanding Official (Name) Sign [signature] Print JOHN DUGUE | | Agency/District FBI | | [redacted] |

| OUT | OUT | OUT | OUT | OUT |
|---|---|---|---|---|
| Removing Official (Name) Sign Print | | Agency/District | | Phone/24 Hour Number |

**FOR BOP USE ONLY**

| Receiving Official (Name) Sign Print | Date / Time | Releasing Official (Name) Sign Print | Date / Time |
|---|---|---|---|

| Sentry Load Data: (Must Initial) Name Search Completed by: ____ Clearance/Separate Checked by: ____ | (OPTIONAL USE) ARS Code ____ Staff Init. ____ Add AKA's Create Cash Account ____ Deposit Cash ____ Amt. ____ Detainers Court Clothing Bag # | RIGHT THUMBPRINT |
|---|---|---|

Original-for ISM as Remanding-Removal receipt; Copy-for Control as Removal Receipt (NCIC); Copy-For Removing Official; Copy-for Control as Remanding Receipt (Inmate); Copy-INS-Alien in Custody.
(This form may be replicated via WP)        This form replaces BP-S377(58) and BP-377(58) of JUL 91

USAO_00026928

BP-S377.058 **PRISONER REMAND** CDFRM
FEB 04
**U.S. DEPARTMENT OF JUSTICE**                                    **FEDERAL BUREAU OF PRISONS**

| ARRESTING OFFICER WILL COMPLETE ALL REQUIRED DATA ON THIS FORM PRIOR TO COMMITTING TO MCC/MDCs. | Register Number | P I C T U R E |
|---|---|---|
| Name: Last RAJI   First MUSTAPHA   Middle MUHAMMED | | |

AKAs:

FBI:
INS:
Other:

CHARGES
CHECK CATEGORY OF CHARGES(S):
✓ FELONY  ___ MISDEMEANOR  ___ CIVIL CONTEMPT  ___ MATERIAL WITNESS
OTHER

NARRATIVE:
Title: 18 USC: 1349 CONSPIRACY TO COMMIT FRAUD
NARRATIVE:
Title: 18 USC: 1343 WIRE FRAUD

Date of Offense: 12/04/2019   Date of Arrest: 12/13/2019   Place of Arrest: FLORIDA

Arraigned  _Y ✓N    Sentenced  _Y ✓N    Special Handling: _Y ✓N  Remarks:

| IN | IN | IN | IN | IN |
|---|---|---|---|---|
| Remanding Official (Name) Sign Print | | Agency/District | Phone/24 Hour Number | |
| OUT | OUT | OUT | OUT | OUT |
| Removing Official (Name) Sign Print | | Agency/District | Phone/24 Hour Number | |

**FOR BOP USE ONLY**

| Receiving Official (Name) Sign Print | Date / Time | Releasing Official (Name) Sign Print | Date / Time |
|---|---|---|---|

| Sentry Load Data: (Must Initial) Name Search Completed by: _____ Clearance/Separate Checked by: _____ | (OPTIONAL USE) ARS Code ___ Staff Init. ___ Add AKA's Create Cash Account ___ Deposit Cash ___ Amt. ___ Detainers Court Clothing Bag # | RIGHT THUMBPRINT |
|---|---|---|

Original-for ISM as Remanding-Removal receipt; Copy-for Control as Removal Receipt (NCIC); Copy-For Removing Official; Copy-for Control as Remanding Receipt (Inmate); Copy-INS-Alien in Custody.

(This form may be replicated via WP)     This form replaces BP-S377(58) and BP-377(58) of JUL 91



USAO_00026929