**ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP**

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

| | |
|---|---:|
| Franklin A. Rothman | Tel: (212) 571-5500 |
| Jeremy Schneider | Fax: (212) 571-5507 |
| Robert A. Soloway | |
| David Stern | |
| | |
| Rachel Perillo | |

February 3, 2021

**BY ECF and EMAIL**
Hon. Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:  United States v. Mustapha Raji
            19 Cr. 870 (JMF)

Dear Judge Furman:

    I represent Mr. Raji in the above referenced matter, and am writing, without objection from AUSA McLeod, to request a one (1) week extension of the time to file the defendant's reply to the government's opposition papers. The reply is presently due on Friday, February 5th, with the next court conference scheduled for May 10th.

    If your honor has any questions or requires additional information, please do not hesitate to contact me.

    Thank you in advance for your consideration in this matter.

                                                     Sincerely,

                                                     Jeremy Schneider

JS/sc
cc: AUSA Dina McLeod
    AUSA Eun Young Choi

Application GRANTED. The Clerk of Court is directed to terminate Doc. #59. SO ORDERED.

February 3, 2021