ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

| | |
|---|---|
| **Franklin A. Rothman** | Tel: 212-571-5500 |
| **Jeremy Schneider** | Fax: 212-571-5507 |
| **Robert A. Soloway** | |
| **David Stern** | |

———————————

Rachel Perillo

**<u>Ex Parte</u>**

March 19, 2021

<u>By ECF</u>
Hon. Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

        Re: United States V. Mustapha Raji
           <u>19 cr. 870 (JMF)</u>

Dear Judge Furman:

    I represent Mr. Raji in the above-referenced matter. Kindly accept this letter as a request for an Order authorizing the appointment of Dylan Schneider[1] as a paralegal, pursuant to 18 U.S.C. § 3599(a)(2)(f).

    Mr. Schneider is a recent graduate of The George Washington University with a Bachelors of Business Administration majoring in Sports Management and minoring in Criminal Justice. A copy of his resume is enclosed for the Court's consideration.

    Mr. Schneider familiarizes himself with, and gets involved in every aspect of trial preparation through the sentencing. He may meet with the client, review, digest, and catalogue the discovery, attend court conferences and assist during trial. He will be able to complete this work expeditiously and at a great savings to the Court.

---

[1] Out of an abundance of caution and in the interest of full transparency, Dylan and I share the same last name because he is my son.

    Initially, we request the approval of 50 hours at a rate of $55.00 per hour. If, after these initial hours, it is determined that more time is necessary, a further application will be made to the Court. Additionally, we request authorization for Mr. Schneider to submit interim vouchers.

    If this request meets with the Court's approval, please endorse this letter as SO ORDERED with the proviso that copies may be made available to counsel.

    If you need any additional information regarding this request, please contact my office at your convenience. Thank you in advance for your consideration in this matter.

                                             Respectfully submitted,

                                             /s/

                                           Jeremy Schneider

Encl.