# DYLAN ALEXANDER SCHNEIDER

689 Columbus Ave • New York City, NY 10025 • (917)-340-7766 • dylanschneider689@gmail.com

## EDUCATION

**THE GEORGE WASHINGTON UNIVERSITY, School of Business**  Washington, DC

**Bachelor of Business Administration**  May 2020
**GPA**: 3.3

**Major: Sports Management**
**Minor: Criminal Justice**

## WORK EXPERIENCE

**MARKMAN LAW PC**  September 2019-Present
**Paralegal/Clerk**

- Digested and cross-referenced documents
- Filed court documents
- Attended client conferences

**NEW JERSEY DEVILS**  Newark, NJ
**Social Media and Content Intern**  May-August 2019

- Created and edited content for various social media platforms
- Conducted research and analysis of draft coverage on 16 official team websites and social media accounts
- Utilized analytical platforms to assist creative, marketing, and sponsorship efforts across various departments.

**GOLDENS BRIDGE DAY CAMP**  June-Aug 2017, June-Aug 2018
**Sports Director**

**SCRANTON WILKES-BARRE RAILRIDERS BASEBALL TEAM**  Scranton, PA
**Intern**  July 2016

**SKILLS:**
**Technical**: Microsoft Office Suite (Excel, PowerPoint, Word), Adobe (Photoshop, Premiere)
**Languages**: Spanish (Basic)