ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman                                                     Tel: (212) 571-5500
Jeremy Schneider                                                        Fax: (212) 571-5500
Robert A. Soloway
David Stern
_____
Rachel Perillo

April 15th, 2021

**By ECF and EMAIL**
Hon. Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:    United States v. Mustapha Raji
       19 Cr. 870 (JMF)

Dear Judge Furman:

I am the attorney for Mustapha Raji, the defendant in the above-referenced matter.  Mr. Raji is currently on pretrial release pursuant to a $100,000 personal recognizance bond co-signed by two financially responsible persons and one moral suasion co-signer, and secured by $10,000 in collateral.  He is currently residing at his home in Hollywood, Florida, and his conditions of release include, among other things, home incarceration and travel restricted to the Southern and Eastern Districts of New York, and the Southern and Middle Districts of Florida. Mr. Raji is presently in the middle of eviction proceedings, and needs to travel in an effort to earn an income. This letter is respectfully submitted with the consent of Pretrial Services of the Southern District of Florida, by Jason Jacoby, and without objection from the government, by AUSA Dina McCleod, to request a bond modification that would no longer include home incarceration, but would instead impose a nighttime curfew of 10:00 pm, and permit Mr. Raji to travel throughout the entire state of Florida.

If the Court has any questions or requires additional information, please feel free to contact me anytime. Thank you in advance for your consideration in this matter.

Respectfully submitted,

/s/
Jeremy Schneider

cc:    AUSA Dina McCleod (By ECF and EMAIL)
       USPO Jason Jacoby (By ECF)