UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                            :
:
-v-                                  :        19-CR-870 (JMF)
:
MUSTAPHA RAJI,                                      :        ORDER
:
Defendant.              :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      There is a proceeding in this matter scheduled for **May 10, 2021**, at **10:30 a.m.** Unless and until the Court orders otherwise, the proceeding will be held in person in **Courtroom 1105** of the **Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York**. If either counsel believe that the proceeding should be held remotely (or that the Defendant should be permitted to appear remotely or not appear at all), counsel should confer with the other side and, no later than **May 3, 2021**, submit a letter motion to that effect. Additionally, counsel should be prepared to set a trial date at the conference and, to that end, should confer about it in advance (mindful that, COVID-19 issues aside, any trial date would be a firm date).

      SO ORDERED.

Dated: April 27, 2021
      New York, New York

                                       JESSE M. FURMAN
                                       United States District Judge