# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

FRANKLIN A. ROTHMAN
JEREMY SCHNEIDER
ROBERT A. SOLOWAY
DAVID STERN
———
RACHEL PERILLO

Tel: (212) 571-5500
Fax: (212) 571-5507

April 29, 2021

**BY ECF and EMAIL**
Hon. Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: United States v. Mustapha Raji
19 Cr. 870 (JMF)

Dear Judge Furman:

I represent Mr. Raji in the above referenced matter and pursuant to your Honor's Order (Dkt. No. 67) write to confirm that all counsel will appear in person on May 10th, 2021, and request that Mr. Raji appear remotely. Additionally, counsel will be prepared to set a trial date at the conference.

Thank you in advance for you consideration in this matter.

Respectfully submitted,

Jeremy Schneider

cc: AUSA Dina McLeod