# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP
Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

FRANKLIN A. ROTHMAN
JEREMY SCHNEIDER
ROBERT A. SOLOWAY
DAVID STERN

RACHEL PERILLO

Tel: (212) 571-5500
Fax: (212) 571-5507

April 29, 2021

**BY ECF and EMAIL**
Hon. Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: United States v. Mustapha Raji
    19 Cr. 870 (JMF)

Dear Judge Furman:

I represent Mr. Raji in the above referenced matter and pursuant to your Honor's Order (Dkt. No. 67) write to confirm that all counsel will appear in person on May 10th, 2021, and request that Mr. Raji appear remotely. Additionally, counsel will be prepared to set a trial date at the conference.

Thank you in advance for you consideration in this matter.

Respectfully submitted,

Jeremy Schneider

cc: AUSA Dina McLeod

The Defendant's physical presence is waived. The Defendant should join the conference by calling the Court's dedicated conference call line at (888) 363-4749, using access code 542-1540 followed by the pound (#) key. Members of the public and press may access the conference using the same call-in information, but will be placed in listen-only mode. Counsel shall provide the Court's staff, via email, with the telephone number from which the Defendant will be calling. SO ORDERED.

April 30, 2021