UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                     :

UNITED STATES OF AMERICA                   :

                                  :

         -v-                       :                    19-CR-870 (JMF)

                                  :

MUSTAPHA RAJI,                    :             SCHEDULING ORDER

                                  :

               Defendant.        :

                                  :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Trial in this case is scheduled for **September 12, 2022** at **9:30 a.m.**

       It is hereby ORDERED that any proposed *voir dire*, proposed jury instructions, and proposed verdict forms, as well as any motions *in limine* or trial memoranda, shall be filed by noon on **September 1, 2022**.  Any opposition to a motion *in limine* or trial memorandum shall be filed by 5 p.m. on **September 6, 2022**.

       In accordance with the Court's Individual Rules and Practices for Criminal Cases, available at http://nysd.uscourts.gov/judge/Furman, a party must submit one courtesy hard copies of these documents to the Court at the time of filing.  In addition, the proposed *voir dire*, proposed jury instructions, and proposed verdict forms must be e-mailed, in Microsoft Word format, to Furman_NYSDChambers@nysd.uscourts.gov.

       It is further ORDERED that the parties appear for a final pretrial conference on **September 8, 2022**, at **10:00 a.m.** in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York 10007.  **The final pretrial conference must be attended by the attorney who will serve as principal trial counsel.**

       The parties must familiarize themselves with the Court's Individual Rules and Practices for Trials, available at http://nysd.uscourts.gov/judge/Furman.

       SO ORDERED.

Dated: July 14, 2022
       New York, New York                  _____
                                  JESSE M. FURMAN
                            United States District Judge