ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

| | |
|---|---:|
| Franklin A. Rothman | Tel: (212) 571-5500 |
| Jeremy Schneider | Fax: (212) 571-5500 |
| Robert A. Soloway | |
| David Stern | |
| ———— | |
| Rachel Perillo | |

July 22, 2022

**By ECF**
Hon. Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> Application GRANTED. The Court will hold a telephone conference on July 26, 2022, at 2:15 p.m.. The parties should join the conference by calling the Court's dedicated conference call line at (888) 363-4749, using access code 542-1540 followed by the pound (#) key. Members of the public and press may access the conference using the same call-in information, but will be placed in listen-only mode. The Clerk of Court is directed to terminate Doc. #80. SO ORDERED.
>
> /s/ Jesse M. Furman
> July 22, 2022

Re:   United States v. Mustapha Raji
      19 Cr. 870 (JMF)

Dear Judge Furman:

    I am the attorney for Mustapha Raji, the defendant in the above-named matter. Mr. Raji is currently on pretrial release and residing in Fort Lauderdale, Florida. This letter is respectfully submitted without objection from the government, by AUSA Dina McLeod, to request that the Court hold a status conference to address issues related to scheduling and Mr. Raji's health condition. The parties are available on Monday, July 25, 2022 at any time, or Tuesday, July 26, 2022 after 2:00 p.m.

    It is also requested that Mr. Raji be permitted to appear by telephone given his present health condition and the financial burden that would be imposed on him by the cost of travel. AUSA McLeod has no objection to Mr. Raji appearing remotely, and Mr. Raji waives his right to an in-person appearance.

    If the Court has any questions regarding this application, please do not hesitate to contact me.

Respectfully submitted,
/s/
Jeremy Schneider

cc:   AUSA Dina McLeod (By ECF)