**ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP**
Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

| | |
|---|---|
| Franklin A. Rothman | Tel: (212) 571-5500 |
| Jeremy Schneider | Fax: (212) 571-5500 |
| Robert A. Soloway | |
| David Stern | |
| ——————— | |
| Rachel Perillo | |

August 11, 2022

**By ECF**
Hon. Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

*Application GRANTED. The final pretrial conference is hereby rescheduled to 11:00 a.m. on September 8, 2022. The Clerk of Court is directed to terminate Doc. #82. SO ORDERED.*

*[signature]*

*August 12, 2022*

       Re:    United States v. Mustapha Raji
                <u>19 Cr. 870 (JMF)</u>

Dear Judge Furman:

      I am the attorney for Mustapha Raji, the defendant in the above-named matter. I write with the consent of the government, by AUSA Jilan Kamal, to respectfully request that the final pretrial conference, presently scheduled for September 8, 2022 at 10:00 a.m., be rescheduled to either 11:00 a.m., or any time after 2:00 p.m. The reason for this request is that I have a conflict with a state court matter that was previously scheduled for the same time as the pretrial conference.

      If the Court has any questions regarding this application, please do not hesitate to contact my office.

      I thank your Honor for your time and attention to this matter.

Respectfully submitted,
/s/
Jeremy Schneider

cc:    AUSA Dina McLeod (By ECF)
        AUSA Jilan Kamal (by ECF)