UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------- x
                                                         :

UNITED STATES OF AMERICA          :

      - v. -                                       :      **NOTICE OF APPEARANCE**

MUSTAPHA RAJI,                         :       19 Cr. 870 (JMF)

             Defendant.            :

------------------------------------------- X

TO:     Clerk of Court
          United States District Court
          Southern District of New York

       The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                                          Respectfully submitted,

                                                          DAMIAN WILLIAMS
                                                          United States Attorney

                         By:    _____
                                            Jilan J. Kamal
                                            Assistant United States Attorney
                                            (212) 637-2192