UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
: 
UNITED STATES OF AMERICA :
:
- v. - : **NOTICE OF APPEARANCE**
:
MUSTAPHA RAJI, : 19 Cr. 870 (JMF)
:
Defendant. :
:
------------------------------------- X

TO: Clerk of Court
United States District Court
Southern District of New York

The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Catherine Ghosh
Assistant United States Attorney
(212) 637-1114