ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

| | |
|---|---:|
| **Franklin A. Rothman** | Tel: (212) 571-5500 |
| Jeremy Schneider | Fax: (212) 571-5500 |
| Robert A. Soloway | |
| David Stern | |
| _____ | |
| Rachel Perillo | |

August 31, 2022

<u>**By ECF**</u>
Hon. Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

        Re:    United States v. Mustapha Raji
                <u>19 Cr. 870 (JMF)</u>

Dear Judge Furman:

      I am the attorney for Mustapha Raji, the defendant in the above-named matter. Trial in this matter is scheduled to begin on September 12, 2022. This letter is respectfully submitted to renew Mr. Raji's request to adjourn trial based upon his chronic medical conditions, an application which was previously made at the July 26, 2022 telephone conference. This request is supported by the attached letter from Dr. Rishi Sharma, of whom Mr. Raji is a patient. Dr. Sharma explains that the physical and mental demands of sitting through a trial will have an adverse effect on Mr. Raji's health. For these reasons, in addition to those discussed at the July 26 conference, we respectfully request that trial in this matter be adjourned to allow time for Mr. Raji to receive medical treatment and assess at a later date whether his health has improved enough to be able to participate in a trial.

      The government previously indicated that it would no longer consent to a request for an adjournment of trial that was made after August 10, 2022.

      If the Court has any questions regarding this application please do not hesitate to contact me.

Respectfully submitted,<br>
/s/<br>
Jeremy Schneider

cc:    AUSA Jilan Kamal
       AUSA Robert Sobelman
       AUSA Catherine Ghosh



Re: Mustapha Raji
DOB: August 11, 1970


Mustapha Raji has a history of brain aneurysm and is currently being treated for serious cardiac, cardiovascular, hypertension/High blood pressure and stage 4 kidney disease among others.

The combined effect of his current medical condition makes it difficult for him to do routine tasks: including sitting for long periods, managing and stressful situations.
Which a trial will entail.

I am recommending that he reschedules all stressful situations, such that the preparation for trial and a trial itself will entail to allow the treatment
His prognosis is poor at this time and additional stress which causes deterioration in his health could lead to mortality.

I have reviewed his medical records starting from December 2019 till June 2022.
Including the most recent lab reports for specimen collected on August 15th, 2022.

 As our patient, Mr. Raji will be seeing me for continued medical care, evaluation during the coming weeks.



Thank You
Dr. Rishi Sharma

**AmzWellCloud LLC**
MD, Rishi Sharma
Phone: (407)628-4545
Fax: (407)637-5679