

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 1, 2022

**BY ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Mustapha Raji*, 19 Cr. 870 (JMF)

Dear Judge Furman:

    The Government respectfully submits the attached proposed verdict form on behalf of the parties.

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney

    By:       /s/
        Catherine E. Ghosh
        Jilan J. Kamal
        Robert B. Sobelman
        Assistant United States Attorneys
        (212) 637-1114/2192/2616

Attachment

cc:    Jeremy Schneider, Esq. (by ECF)