```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MUSTAPHA RAJI,<br><br>Defendant. | 19 Cr. 870 (JMF)<br><br>VERDICT FORM[1] |

*All Answers Must Be Unanimous*

**Count One – Conspiracy to Commit Wire Fraud**

Guilty_____          Not Guilty_____

**Count Two – Wire Fraud**

Guilty_____          Not Guilty_____

**Count Three – Receipt of Stolen Funds**

Guilty_____          Not Guilty_____

**All 12 jurors must unanimously agree on any one (1) of the following 7 actions before you may enter a Guilty verdict on Count 3**

|  | Agree | Disagree |
|---|---|---|
| 1) Received | _____ | _____ |
| 2) Possessed | _____ | _____ |
| 3) Concealed | _____ | _____ |
| 4) Stored | _____ | _____ |
| 5) Banked | _____ | _____ |

---

[1 Proposed additions highlighted in yellow are proposed solely by the defendant and are objected to by the Government.]

**6) Sold** _____        _____

**7) Disposed of** _____        _____

If you find the defendant Not Guilty of Count 1 and Count 2, do not consider Count 4

**Count Four – Conspiracy to Commit Money Laundering**

Object #1: Conspiracy to commit money laundering by engaging in financial transactions that involve the proceeds of wire fraud, in order to conceal or disguise the nature, location, source, ownership, or control of proceeds of wire fraud or conspiracy to commit wire fraud

Guilty_____        Not Guilty_____

Object #2: Conspiracy to commit money laundering by engaging in monetary transactions of more than $10,000 in property derived from wire fraud or conspiracy to commit wire fraud

Guilty_____        Not Guilty_____

*Please Turn to the Next Page*

*After completing the Verdict Form, please sign your names in the spaces provided below, fill in the date and time, and inform the Court Security Officer that you have reached a verdict.*

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

Date and Time:        _____

***Once you have signed the Verdict Form, please give a note – NOT the Verdict Form itself – to the Court Security Officer stating that you have reached a verdict.***