**ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP**
Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

| | |
|---|---|
| FRANKLIN A. ROTHMAN | Tel: (212) 571-5500 |
| JEREMY SCHNEIDER | Fax: (212) 571-5507 |
| ROBERT A. SOLOWAY | |
| DAVID STERN | |
| ———— | |
| RACHEL PERILLO | |

September 8, 2022

Hon. Jesse M. Furman
United States Courthouse
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:  United States v. Mustapha Raji
           19 Cr. 870 (JMF)

Dear Judge Furman:

    I represent Mr. Mustapha Raji in the above-referenced matter. Attach you will find an order seeking permission from the Court to allow Mayerlin Ulerio, the paralegal assigned to this matter, to bring her iPhone and laptop into the courthouse beginning Monday, September 12th, 2022 for the duration of trial, including jury selection.

    If this request meets with the Court's approval please endorse the enclosed Order. I further request that if you do grant this request that the copy of the executed Order is made available to the US Marshalls at the entrance of the Courthouse and my office.

Respectfully submitted,

*Jeremy Schneider*

Jeremy Schneider

encl.
JS/mu