| | |
|---|---|
| **From**: | mustapha raji [mustapha.raji@gmail.com] |
| **Sent**: | 7/11/2018 12:15:55 AM |
| **To**: | Emergent Development Corporation [emergentfl@gmail.com] |
| **CC**: | Emergent Equity Group [emergentequity@gmail.com] |
| **Subject**: | CIS UNIQUE |
| **Attachments**: | UNIQUE- CIS Passport 2018.pdf |

GOVERNMENT
EXHIBIT
212
19 Cr. 870 (JMF)

USAO_00025253