# CLIENT INFORMATION SHEET

**July 10, 2018**

In accordance with Articles two (2) through five (5) of the Due Diligence Convention and the Federal Banking Commission Circular of December 1998, concerning the prevention of money laundering, and Article 305 of the Swiss Criminal Code, the following information may be supplied to banks and/or other financial institutions for the purpose of verification of identity and activities of the Principal, and the nature and origin of the funds that are to be utilized. All parties have an obligation for professional discretion and to take all appropriate precautions to protect the confidentiality of the information each holds in respect of the others' activities. This legal obligation shall remain in full force and effect at all times.

**Directions:** This document must be completed in full. If a line item does not pertain then insert the term: "N/A" (non-applicable).

| PERSONAL INFORMATION | |
|---|---|
| First Name: | Mustapha |
| Middle Name: | Muhammed |
| Last Name: | Raji |
| Gender: | Male |
| Date of Birth: | August 11, 1970 |
| | |
| Country of Citizenship: | Canada |
| Passport Number: | HK565651 |
| Date of Issue: | 16 MAY 2016 |
| | |
| Issuing Authority: | Canada |
| | |
| Address: | 2750 N 29TH AVE, SUITE 124 |
| City: | HOLLYWOOD |
| State: | FL |
| Country: | USA |
| Zip Code: | 33020 |
| Telephone Number: | 4047691683 |
| Fax Number: | 1 855 306 9704 |
| Mobile Number: | |
| Email Address: | mustapha.raji@GMAIL.com |
| | |
| Languages / Translator | NONE |

Page **1** of 4

UNIQUE BAMBOO INVESTMENT, INC
1801 SE HILMOOR DR, STE C104
PORT ST. LUCIE, FL 34952



GOVERNMENT
EXHIBIT
212A
19 Cr. 870 (JMF)

Participant Initials: MMR

| Languages: | English |
|---|---|
| Do you speak English?: | yes |
| If No, Name of Translator: | |
| Tel Number: | |
| Email Address: | |

| **CORPORATE INFORMATION** | |
|---|---|
| Full Name of Corporation: | UNIQUE BAMBOO INVESTMENT INC |
| Street Address: | 1801 SE HILMOOR DR |
| City: | PORT ST. LUCIE, FL |
| State: | FLORIDA |
| Country: | USA |
| Zip Code: | 34952 |
| Telephone Number: | 4047040955 |
| Mobile Number: | 404 769 1683 |
| Email Address: | Mustapha.Raji@gmail.com |

| **LEGAL ADVISOR** | |
|---|---|
| Full Name: | |
| Company: | |
| Address: | |
| Telephone Number: | |
| Fax Number: | |
| Email Address: | |

| **BANK INFORMATION** | |
|---|---|
| Address: | **OCULINA BANK**<br>**44SQ 24TH AVENUE, VERO BEACH, FLORIDA 32967** |
| Account Name: | DOWN HOME TITLE SERVICES, INC |
| Account Number: | 067092556 |
| ABA No.: | 067092556 |
| SWIFT Code: | PCBBUS66 |
| | |
| | |
| Bank Phone | 772-563-2212 |
| | |
| Telephone Number: | |
| Fax Number: | |

I, [**Mustapha Muhammed Raji**], hereby swear under penalty of perjury, that the information provided herein is accurate and true as of this date: **Tuesday, 10 July, 18**.

Emergent Equity Group, LLC
3535 Peachtree Rd NE. Suite 520-143
Atlanta, GA  30326

Participant Initials: **MMR**

USAO_00025255

For and on behalf of [**Mustapha Muhammed Raji**]:

Signature:

Name:  [**Mustapha Muhammed Raji**]
Passport Number:        [**HK565651**]
Date of Issuance:        [**16 MAY 2016**]
Date of Expiry:          [**16 MAY 2026**]
Country of Issuance:     [**Canadian**]
**Electronic signature is valid and accepted as hand signature**

# PASSPORT

PROVIDE A COLOR COPY ENLARGED (140%) TO THIS SIZE (8½ x 11 INCHES). PICTURE MUST BE CLEAR AND NOT DARK. ENLARGE & LIGHTEN (USING PHOTO SETTING).

Color scan the Passport into your computer at a high resolution in the JPEG format and INSERT.

UNIQUE BAMBOO INVESTMENT, INC
1801 SE HILMOOR DR, STE C104
PORT ST. LUCIE, FL 34952

Participant Initials: MMR

USAO_00025256



Emergent Equity Group, LLC
3535 Peachtree Rd NE. Suite 520-143
Atlanta, GA  30326

Participant Initials: **MMR**

USAO_00025257