**2:56** .ıl 5G

< 1  **Mustapha New**

May 27, 2019

🔒 Messages and calls are end-to-end encrypted. No one outside of this chat, not even WhatsApp, can read or listen to them. Tap to learn more.

**Hello**  2:55 PM

Bro  2:55 PM ✓✓

By tomorrow all the info will be ready  2:56 PM ✓✓

▶ ●────────  0:03  2:56 PM 🎤

**GOVERNMENT EXHIBIT 313A**
19 Cr. 870 (JMF)

**Ok**  2:56 PM

Because today holiday the guy couldn't access the company info  2:56 PM ✓✓

But said by tomorrow morning  2:57 PM ✓✓

**Ok**  3:07 PM

**No problem**  3:07 PM

**GOVERNMENT EXHIBIT 313**
19 Cr. 870 (JMF)

2:56 

 1   Mustapha New     

**No problem**  3:0  May 27, 2019

May 28, 2019

**Good afternoon**  12:50 PM

**Anyword?**  12:50 PM

Yes  12:52 PM

I wan go cafe pull up the info and text it to you  12:52 PM

I just Dey wait person pick me  12:52 PM

My car no good  12:52 PM

**Ok**  12:52 PM

He send it since 8:00am today  12:52 PM

**God will change everything for the better**  12:53 PM

The Acct name you are giving me will represent facilitator payment cent

12:53 PM

Amen  12:53 PM

      

2:56  .ıl 5G

< 1  **Mustapha New**

> Amen  12:53 PM

Ok  12:53 PM

We will get slip? Correct ??  12:54 PM

> Yes  12:54 PM

Ok  12:54 PM

> There will be slip  12:54 PM

Ok  12:54 PM

> But he want you guys to do a memo to your bank that you are expecting  12:55 PM

And well get at least 2 weeks to clean  house  12:55 PM

Yes  12:55 PM

No problem  12:55 PM

> Yes even 2minrh  12:55 PM

Ok  12:55 PM

USAO_00047285

**2:56** 

 1     Mustapha New      

**Ok**  12:55 PM

> BUYER COMPANY REPRESENTATIVE IN AMERICA: Synnex califonia
> 5553 Wipfli Rd, Fremont, CA 94538, USA
>
> SELLER'S COMPANY REPRESENTATIVE IN MALTA 🇲🇹:
> Framegrip industries limited
> Mosta road, lija LJA 9010, malta
> Fabrizio Gerada dirrctor framegrip industries
> Reg no (c6641)                    1:55 PM ✓✓

**Ok**  1:57 PM

> I give sales product and quantity
>                                    1:57 PM ✓✓

> PRODUCT L: SO2 DEGASSING SYSTEM
>
> Total amount of purchase: $104.90m
>                                    2:10 PM ✓✓

> Facilitator fees is $2.3m   2:11 PM ✓✓



**Ok**  2:15 PM

We only going after facilitator fees?

      

2:57   •ıl 5G 

 1    Mustapha New      

**We only going after facilitator fees?**
2:15 PM

Yes   2:22 PM ✓✓

The purchase fees goes to the company we don't have anything to do with that
2:23 PM ✓✓

**You**
The purchase fees goes to the company we don't have anything to do with that

**Ok cool**
2:27 PM

You will give me the Acct tomorrow
2:27 PM ✓✓

**Yes**   2:28 PM

This guys need cis   2:28 PM ✓✓

**By 2night**   2:28 PM

Because the guy wanna leave the company once the Dow is our
2:28 P[M]



Na insidder job   2:28 PM ✓✓

         

USAO_00047287

2:57  5G 

< 1   **Mustapha New**

> 2:28 PM ✓✓

> Na insidder job   2:28 PM ✓✓

**You**
Because the guy wanna leave the company once the Dow is our

??   2:28 PM

Ok   2:29 PM

➔ Forwarded

**TITLE & ESCROW CLOSING SERVICES LLP**

Wire Instructions for Law Firm IOLTA ACCOUNT
USD Incoming Wire Transfer Instructions
Domestic and International

📄 BB&T Wire Instructions .pdf

1 page • 66 KB • pdf                3:28 PM

**GOVERNMENT EXHIBIT
313B**
19 Cr. 870 (JMF)

> Ok good   3:30 PM ✓✓

> But they need the cis plz   3:30 PM ✓✓

I'm working on it   3:30 PM

> Ok   3:30 PM ✓✓

➔ Forwarded

USAO_00047288

2:57

< 1   Mustapha New

→ Forwarded

**GOVERNMENT EXHIBIT 313C**
19 Cr. 870 (JMF)

CLIENT INFORMATION SHEET

In accordance with Articles two (2) through five (5) of the Due Diligence Convention and the Federal Banking Commission Circular of December 1998, concerning the prevention of money laundering, and Article 305 of the Swiss Criminal Code, the following information may be supplied to banks and/or other financial institutions for the purpose of verification of identity and activities of the Principal, and the nature and origin of the

pdf  CLIENT INFORMATION SHEET...

2 pages • 202 KB • pdf                    7:27 PM

Confirm u see CIS   7:27 PM

Ok bro   7:27 PM

I don forward everything   7:27 PM

He will send us copy of the job by Monday   7:28 PM

We will get the money too next week end maybe Friday   7:28 PM

Ok   7:28 PM

Your people should let it rest for 4 days   7:28 PM

Nothing Dey happen   7:28 PM

I'll finish my end with our bank by morning   7:28 PM

USAO_00047289

2:57   .ıl 5G

< 1    **Mustapha New**

I'll finish my end with our bank by morning
7:28 PM

Na accountant Dey do the job
7:28 PM

Ok   7:29 PM

Ok good   7:29 PM

**May 31, 2019**

Everything is good bro   10:40 AM

Very good   10:40 AM

Ok   10:40 AM

He will send me something next week confirmation   10:40 AM

Everything came back good   10:41 AM

Ok   10:41 AM

Good   10:41 AM

**Jun 3, 2019**

USAO_00047290

2:57  •ıl 5G

< 1   **Mustapha New**

**Good morning**  10:10 AM

**Bro**  10:13 AM ✓✓

**Morning**  10:13 AM ✓✓

K  10:13 AM

**Everything dey fine for their end**  10:13 AM ✓✓

We all set on our end  10:14 AM

**Approval is on Thursday**  10:14 AM ✓✓

And finding will be next week  10:14 AM

**Funds will be credited 7 working days after**  10:14 AM ✓✓

Ok  10:14 AM

**So we are good**  10:15 AM ✓✓

Ok  10:24 AM

Keep me posted and lets coordinate  10:25 AM

USAO_00047291

2:57

< 1    Mustapha New

Keep me posted and lets coordinate
10:25 AM

Ok   10:39 AM

The job Na very sweet job and no pressure
10:39 AM

USAO_00047292