```
 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   - - - - - - - - - - - - - -  x
                                  :
 3   UNITED STATES OF AMERICA,
                                  :
 4             - v. -                      19 Cr. 870 (JMF)
                                  :
 5   Mustapha Raji,
                                  :
 6             Defendant.
                                  :
 7   - - - - - - - - - - - - - -  x

 8
                     Government Exhibit 313A
 9

10

11
     Recording:         GX 313A
12
     Participants:      Mustapha Raji
13

14
     Abbreviations:     [VO] = Voices Overlap
15
                        [PH] = Phonetic
16
                        Rendition [UI] =
17
                        Unintelligible
18

19

20

21

22   _____

23

24

25


                              1
```

1  RAJI: Hello did you get the information for me?

2                    (*CALL ENDED*)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25