

### TITLE & ESCROW CLOSING SERVICES LLP

**Wire Instructions for Law Firm IOLTA ACCOUNT**
**USD Incoming Wire Transfer Instructions**
**Domestic and International**

| | |
|---|---|
| Receiving Bank Name: | BB&T (Branch, Banking and Trust Company) |
| Beneficiary Name: | Title and Escrow Closing Services LLP |
| Beneficiary Account #: | 0000125413099 |
| ABA Routing #: | 062203984 |
| SWIFT Code: | BRBTUS33 |
| Bank Officer: | Kay Weiss |
| Direct Phone: | +1.251.968.7981 |
| Branch Address: | 1500 Gulf Shores Parkway, Gulf Shores, AL  36542 |
| Corporate Address: | Branch Banking and Trust Company<br>200 W 2nd St,<br>Winston Salem, NC 27101 |

GOVERNMENT EXHIBIT 313B
19 Cr. 870 (JMF)

Mailing Address:  P.O. Box 256, Helena, AL 35080
Physical Address:  53 Cahaba Lily Way, Helena, AL  35080
205.607.0200

USAO_00047255