## CLIENT INFORMATION SHEET

In accordance with Articles two (2) through five (5) of the Due Diligence Convention and the Federal Banking Commission Circular of December 1998, concerning the prevention of money laundering, and Article 305 of the Swiss Criminal Code, the following information may be supplied to banks and/or other financial institutions for the purpose of verification of identity and activities of the Principal, and the nature and origin of the funds that are to be utilized. All parties have an obligation for professional discretion and to take all appropriate precautions to protect the confidentiality of the information each holds in respect of the others' activities. This legal obligation shall remain in full force and effect at all times.

Directions: This document must be completed in full. If a line item does not pertain then insert the term: "N/A" (non-applicable).

PERSONAL INFORMATION

| | |
|---|---|
| Company: | TITLE & ESCROW CLOSING SERVICES LLP |
| Bank: | BB&T (BRANCH, BANKING AND TRUST COMPANY) |
| Bank city: | GULF SHORES, ALABAMA |
| Account Name: | TITLE & EXCROW CLOSING SERVICES LLP |
| Account Number: | 0000125413099 |
| BIC/SWIFT Code: | BRBTUS33 |
| ABA Routing #: | 062203984 |
| | |
| Bank Officer: | KAY WEISS |
| Direct Phone: | +1-251-968-7981 |
| Branch Address: | 1500 GULF SHORES PARKWAY, GULF SHORES, AL 36542 |
| Corporate Address: | BRANCH BANKING AND TRUST COMPANY 200 W 2ND ST, WINSTON SALEM, NC 27101 |
| | |

GOVERNMENT EXHIBIT 313C
19 Cr. 870 (JMF)

USAO_00047256

PASSPORT COPY



USAO_00047257