

USAO_00000042

GOVERNMENT
EXHIBIT
314
19 Cr. 870 (JMF)



USAO_0000043



**Mustapha Florida Miami**

▶ ●————————————— 👤
0:04      10:30 AM 🎤

> Now she don collect every cent I
> have
>            10:30 AM ✓✓

> Ok   10:30 AM ✓✓

> Is better dem
> Meet me
> For akata place than in my own
> place
>            10:31 AM ✓✓

> Na lawyer advice me
> To do that
>            10:31 AM ✓✓

Ok   10:37 AM

> Brother anything you for find me
> today plz
>            10:37 AM ✓✓

God will see u thru   10:37 AM

> Amen   10:37 AM ✓✓

> People need acct I just want make
> we Conor this one for neck
>            10:38 A   ⌄

> Comot   10:38 A

Because I'm not happy like that

➕            🏷 📷 🎤

> Or send me
> New ones
> 10:38 AM ✓✓

N o problem
, ,
10:38 AM

> Especially citi with the cis
> 10:38 AM ✓✓

> Then title acct too  10:39 AM ✓✓

> People Dey worry me, for act every
> minute but my mood is not good
> 10:39 AM ✓✓

> But let start working  10:39 AM ✓✓

> How far bro  11:45 AM ✓✓

**Mon, Sep 3**

> How far bro  12:44 PM ✓

> You didn't get back to me
> 12:45 PM ✓✓

> This one you aren't picking up my
> call
> 9:35 PM ✓✓

> Hope all is good  9:35 PM ✓✓

**Tue, Sep 4**                    ⌄

> Hello  8:43 AM ✓✓

+                   🏷 📷 🎤



USAO_00000046



Mustapha **Florida Miami**

As I love you reach see as you Dey treat me like kids 12:56 PM

You will not call me back 12:56 PM

It's not nice 12:56 PM

We are suppose to go through this together but you don't communicate with me 12:57 PM

▶ 0:02     12:57 PM

▶ 0:03     12:57 PM

Baba I beg try call me plz 6:58 PM

Fri, Sep 7

Good morning 8:24 AM

Im hoping for good news today 8:24 AM

If God aids us, we will be done 8:24 AM

Pls dont be upset.im still working 8:24 AM

USAO_00000047

USAO_00000048

39

**‹ 5   Mustapha Florida Miami**

You are my brother   8:25 AM ✓✓

How far   1:38 PM ✓

Are u there   4:50 PM ✓

Sat, Sep 8

Are you there   2:44 PM ✓

Is your phone bad again   3:58 PM ✓

Because I don't understand why
you making me your enemy or why
you aren't taking my call   3:58 PM ✓

It's absurd   3:58 PM ✓

Sun, Sep 9

How far   2:45 PM ✓

This is the 4th day you said you will
call back ASAP   2:45 PM ✓

On Thursday   2:45 PM ✓

Mon, Sep 10

Morning   9:29 AM ✓

There's nothing holding you from
taking your call and speak to
everybody like human being, but
you just do this because you think

you just do this because you think 🤔 this people cannot do anything to me
9:30 AM ✓✓

Na Dauda Raji this people Dey look for all over Toronto, this isn't good for you or us, the more you avoid them the more they dig deep either you have the funds or not you gat to talk to people
9:31 AM ✓✓

We aren't animals we are human being like yourself, and they will be going to that Unique Bamboo company address today or tomorrow
9:32 AM ✓✓

I'm just giving you heads up because I can't do anything they want me to come to Florida with them but I dont have money to even buy bus ticket now even to talk of flying down
9:33 AM ✓✓

You are going to blow his on yourself because I know you don't have the funds in your possessions but they feel you do
9:33 AM ✓✓

Tue, Sep 11

Mustapha morning
7:49 AM ✓