ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

| | |
|---|---|
| Franklin A. Rothman | Tel: (212) 571-5500 |
| Jeremy Schneider | Fax: (212) 571-5500 |
| Robert A. Soloway | |
| David Stern | |
| ———— | |
| Rachel Perillo | |

September 10, 2022

**By ECF**

Hon. Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

        Re:    United States v. Mustapha Raji
                   19 Cr. 870 (JMF)

Dear Judge Furman:

      I am the attorney for Mustapha Raji in the above-named matter. In accordance with your Honor's directive at the September 8th final pretrial conference, and after conferring with the government, please find the parties' proposed Request to Charge seeking a limiting instruction in relation to evidence expected to be submitted by the government pursuant to Rule 404(b) of the Federal Rules of Evidence. The proposed Request to Charge is attached hereto as Exhibit A.

      The Court's time and attention to this matter is appreciated.

                                             Respectfully submitted,
                                                 /s/
                                             Jeremy Schneider

cc:    Catherine Ghosh
       Jilan Kamal
       Robert Sobelman
       *Assistant United States Attorneys*

       By ECF