```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                    :
UNITED STATES OF AMERICA,                           :
                                                    :
                              Plaintiff,            :    19-cr-870 (JMF)
                                                    :
              -v-                                   :    ORDER
                                                    :
MUSTAPHA RAJI,                                      :
                                                    :
                              Defendants.           :
                                                    :
---------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

The jury reached a verdict in this case on September 19, 2022. Attached to this Order are the note sent by the jury to the Court during deliberations (Court Exhibit 1), and the jury's verdict form (Court Exhibit 2), with the jurors' names and signatures redacted.

SO ORDERED.

Dated: September 19, 2022
       New York, New York

_____
JESSE M. FURMAN
United States District Judge

**COURT EXHIBIT 1**

Court Exhibit 1

Sept 19. 2:05

We have arrived at a verdict.

▮▮▮▮▮▮▮

jury foreman

**COURT EXHIBIT 2**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
UNITED STATES OF AMERICA,                                          :
                                                                   :
            -v-                                                    :   19-CR-870 (JMF)
                                                                   :
MUSTAPHA RAJI,                                                     :   VERDICT FORM
                                                                   :
                        Defendant.                                 :
                                                                   :
-------------------------------------------------------------------X

*All Answers Must Be Unanimous*

**Count One** — **Conspiracy to Commit Wire Fraud**

    Not Guilty _____      Guilty ✓_____

**Count Two** — **Wire Fraud**

    Not Guilty _____      Guilty ✓_____

**Count Three** — **Receipt of Stolen Funds**

    Not Guilty _____      Guilty ✓_____

**Count Four** — **Conspiracy to Commit Money Laundering**

    **Object #1: Conspiracy to commit money laundering by engaging in financial transactions that involve the proceeds of wire fraud in order to conceal or disguise the nature, location, source, ownership, or control of proceeds of wire fraud or conspiracy to commit wire fraud**

        Not Guilty _____      Guilty ✓_____

    **Object #2: Conspiracy to commit money laundering by engaging in monetary transactions of more than $10,000 in property derived from wire fraud or conspiracy to commit wire fraud**

        Not Guilty _____      Guilty ✓_____

*Please Turn to the Next Page*

*After completing the Verdict Form, please sign your names in the spaces provided below, fill in the date and time, and inform the Court Security Officer that you have reached a verdict.*



Date and Time: Sept 19, 2022 2:05pm.

*Once you have signed the Verdict Form, please give a note – NOT the Verdict Form itself – to the Court Security Officer stating that you have reached a verdict.*