# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern
_____
Rachel Perillo

Tel: (212) 571-5500
Fax: (212) 571-5500

December 8, 2022

**By ECF**
Hon. Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:     United States v. Mustapha Raji
        19 Cr. 870 (JMF)

Dear Judge Furman:

I am the attorney for Mustapha Raji, the defendant in the above-named matter. This letter is respectfully submitted without objection from the government, by AUSA Jilan Kamal and U.S. Probation Officer Alyssa Lopez to request an adjournment of sentencing, which is presently scheduled for January 11, 2023 at 3:15 p.m. The reason for this request is that we have not yet received the Presentence Report because there was a delay in conducting the Presentence Interview due to Mr. Raji unexpectedly being under quarantine at the Metropolitan Detention Center at the time of the originally scheduled interview in October. For these reasons, we seek a sentencing adjournment to February 28 or March 1, 2023 to allow more time for preparation of and review of the Presentence Report. This is Mr. Raji's first request for an adjournment of sentencing.

If the Court has any questions regarding this application please do not hesitate to contact me.

Respectfully submitted,
/s/
Jeremy Schneider

cc:    AUSA Jilan Kamal (by ECF)
       USPO Alyssa Lopez (by email)