ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

| | |
|---|---|
| Franklin A. Rothman | Tel: (212) 571-5500 |
| Jeremy Schneider | Fax: (212) 571-5500 |
| Robert A. Soloway | |
| David Stern | |
| ──────── | |
| Rachel Perillo | |

December 8, 2022

**By ECF**
Hon. Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> Application GRANTED. Sentencing is hereby ADJOURNED to February 28, 2023, at 2:30 p.m.. The Clerk of Court is directed to terminate Doc. #123. SO ORDERED.
>
> *[signature]*
>
> December 8, 2022

    Re: United States v. Mustapha Raji
       19 Cr. 870 (JMF)

Dear Judge Furman:

  I am the attorney for Mustapha Raji, the defendant in the above-named matter. This letter is respectfully submitted without objection from the government, by AUSA Jilan Kamal and U.S. Probation Officer Alyssa Lopez to request an adjournment of sentencing, which is presently scheduled for January 11, 2023 at 3:15 p.m.  The reason for this request is that we have not yet received the Presentence Report because there was a delay in conducting the Presentence Interview due to Mr. Raji unexpectedly being under quarantine at the Metropolitan Detention Center at the time of the originally scheduled interview in October.  For these reasons, we seek a sentencing adjournment to February 28 or March 1, 2023 to allow more time for preparation of and review of the Presentence Report.  This is Mr. Raji's first request for an adjournment of sentencing.

  If the Court has any questions regarding this application please do not hesitate to contact me.

                 Respectfully submitted,
                   /s/
                  Jeremy Schneider

cc:  AUSA Jilan Kamal (by ECF)
    USPO Alyssa Lopez (by email)