

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 27, 2023

**BY ECF**

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> The Adeusi case has been transferred to the undersigned. A separate order will be entered with respect to his sentencing. The Clerk of Court is directed to terminate Doc. #11 in 19-CR-599 and Doc. #125 in 19-CR-870. SO ORDERED.
>
> *[signature]*
>
> January 31, 2023

Re:   *United States v. Afolabi Adeusi*, 19 Cr. 599 (CM)
        *United States v. Mustapha Raji*, 19 Cr. 870 (JMF)

Your Honors:

The Government respectfully submits this letter in accordance with the Court's procedure regarding sentencings involving multiple defendants in factually related cases pending before different judges. The procedure directs in pertinent part that the Government, when it intends to file a Section 5K1.1 motion on behalf of a defendant, provide a "brief statement identifying any prior proceedings in which the defendant has testified before a different judge pursuant to a cooperation agreement." Such statement is to be provided to both the assigned sentencing judge and the judge before whom the defendant testified.

In September 2022, Adeusi testified, pursuant to a cooperation agreement, before Judge Furman at the trial of *United States v. Mustapha Raji*, 19 Cr. 870 (JMF).  Sentencing for Raji is scheduled for February 28, 2023 before Judge Furman.  A sentencing control date for Adeusi is scheduled for January 31, 2023.

The Government also respectfully requests, with the consent of Adeusi through counsel, that the Court set a sentencing date for Adeusi in approximately four months, to allow Raji to be sentenced and to allow a Presentence Report for Adeusi to be prepared.

Should the Court desire any further information, we would be pleased to comply.

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney

by: \_\_\_\_/s/_____
        Dina McLeod
        Robert Sobelman
        Jilan Kamal
        Catherine Ghosh
        Assistant United States Attorneys
        (212) 637- 1040/ - 2616 / - 2192 / - 1114