ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

| | |
|---|---|
| Franklin A. Rothman<br>Jeremy Schneider<br>Robert A. Soloway<br>David Stern<br>———————<br>Rachel Perillo | Tel: (212) 571-5500<br>Fax: (212) 571-5507 |

February 8, 2023

**By ECF**
Hon. Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

        Re:    United States v. Mustapha Raji
                   19 Cr. 870 (JMF)

Dear Judge Furman:

      I am the attorney for Mustapha Raji, the defendant in the above-named matter. This letter is respectfully submitted without objection from the government, by AUSA Jilan Kamal, to request an adjournment of sentencing, presently scheduled for February 28, 2023 at 2:30 p.m., to April 12, 2023 at any time in the afternoon. An adjournment is needed because we have not yet received the initial disclosure of the Presentence Report, and therefore need more time to obtain the report, meet with Mr. Raji at the Metropolitan Detention Center to review and discuss it, and prepare objections, if necessary, prior to preparing our sentencing memorandum. An adjournment to April 12 should provide sufficient time to do so.

      If the Court has any questions regarding this application please do not hesitate to contact me.

                                                    Respectfully submitted,
                                                          /s/
                                                      Jeremy Schneider

cc:    AUSA Jilan Kamal (by ECF)