ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Tel: (212) 571-5500
Fax: (212) 571-5507

Rachel Perillo

February 8, 2023

**By ECF**
Hon. Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   United States v. Mustapha Raji
19 Cr. 870 (JMF)

Dear Judge Furman:

I am the attorney for Mustapha Raji, the defendant in the above-named matter. This letter is respectfully submitted without objection from the government, by AUSA Jilan Kamal, to request an adjournment of sentencing, presently scheduled for February 28, 2023 at 2:30 p.m., to April 12, 2023 at any time in the afternoon. An adjournment is needed because we have not yet received the initial disclosure of the Presentence Report, and therefore need more time to obtain the report, meet with Mr. Raji at the Metropolitan Detention Center to review and discuss it, and prepare objections, if necessary, prior to preparing our sentencing memorandum. An adjournment to April 12 should provide sufficient time to do so.

If the Court has any questions regarding this application please do not hesitate to contact me.

Respectfully submitted,
/s/
Jeremy Schneider

cc:   AUSA Jilan Kamal (by ECF)

The Court is unavailable on April 12, 2023, but sentencing is ADJOURNED to April 18, 2023, at 2:00 p.m. The Clerk of Court is directed to terminate Docket No. 127.

SO ORDERED.

February 9, 2023