# EXHIBIT A

April 22, 2023.

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Dear Judge Furman,

 I am Mustapha's older sister, I am a mother, a wife and a social services expert and advocate - and I can confidently say that my brother, Mustapha, is a man of many attributes. A compassionate, selfless, trustworthy, peaceful, defender and supporter of the weak and oppressed. He has a heart of gold that has manifested since childhood. My brother is a gentle breeze that inspires positivity in everyone he meets, especially the young. Mustapha has been an incredibly helpful brother that is trustworthy and reliable to those around him. As his older sister, I can personally attest to these facts about Mustapha being true.

Mustapha is a man that illuminates any room he enters with goodwill and boundless zeal. He is always instilling excellence in the lives of youth and helps them to awaken to their God-given talents and potential. Through his guidance, young lives affected by his touch become successful adults. Many call him uncle due to this fact. Children have been named after him because of his kindness and dedication to improving people's lives. The phrase "I want to be like Mustapha" is a common utterance between male and female youngsters around the globe. After meeting a single youth, he later becomes their trusted confidant, and mentor as a result of his charisma and genuine interest he shows towards their success. Mustapha is highly revered by both young and old, all the way to the point of being chosen by some as the executor of their will.

Furthermore, Mustapha is a mountain of contemporary knowledge and a living repository of experience. As his sister, I have witnessed Mustapha take any topic and treat it like a professional in the field when allowed to showcase his God-given talent. Mustapha is also extremely selfless, always willing to assist those in need. Even when he is unable to directly help, he will call upon those who can and encourage them to assist. Mustapha is a noble and honest man that will never take anything that doesn't belong to him. It is because of his honesty and noble heart, former classmates sent him thousands of dollars' worth of their savings to start his company and were willing to wait for the company to take off because they believed in him. This is also the reason why people have entrusted their children to him after their deaths. Mustapha was also entrusted with the responsibility of managing our family's inheritance from our maternal great-grandmother because of his honesty.

My brother is a blessing to humanity and a wonderful person to be around. Many who know him would say the same. Despite that he is living with a chronic heart disease among other health issues and complications, he is a truly selfless giver that provides help to that doesn't wear it on his sleeves but shows it through his treatment of others.

Although he is fully aware of the inequities of race, culture, and ethnicity, he can be around whites, blacks, and natives and offers help to whoever needs it. He was once called Mr. United Nations on his sickbed due to the array of people that came to visit him while he was recuperating from brain aneurysm surgery.

Mustapha is the epitome of compassion, selflessness, knowledge, and wisdom.

If you have any questions, please do not hesitate to contact me for more information.

Sincerely,

Ramata Raji
+61-410-886-860

April 25, 2023

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007
Dear Judge Furman,

Dear Judge Furman,

My name is Akande Aribidesi, I am a Supply Chain and logistics professional.  I am writing this letter to attest to the good character of my mentor and "big" cousin, Mustapha Raji.

I grew up as the only child in a low-income family with minimal access to resources and when my father passed away while I was still in elementary school, Mustapha led community of support for my education and wellbeing. Not only did he motivate me to complete high school, but he also ensured that I attended university – for my bachelor's and master's degree. His tagline for me is to use education as a tool break the cycle of poverty in the family.

Mustapha is the most compassionate and inclusive human being that I have ever known. He truly embodies selfless services to God and humanity. Despite dealing with such life-threatening personal health challenges as brain aneurysm and chronic heart disease, he still believes has a lot more to give to support other people and to support the community.

Mustapha sends me money to support his adopted daughter, Mariam Sulleyman Thompson – who was entrusted to him and whom he adopted when her father passed away. Unfortunately, Mariam's uncle and Mustapha's uncle – who were both Mariam's guardians (on behalf of Mustapha) have also passed away. Mariam needs Mustapha at this critical stage of her life for her to have a higher chance of transitioning successfully to adulthood.

Mustapha has always been a decent, caring and responsible person. His impact in helping to shape who I am today can not be underestimated.

Please reach out to me if you would like to know more about my cousin, Mustapha Raji.

Sincerely yours,

Akande Aribidesi.
+233-27-966-9385

April 9, 2023

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007
Dear Judge Furman,

Dear Judge Furman,

I have known Mustapha Raji for many years as an outgoing person that relishes the
opportunity to facilitate ideas and solve problems. Mustapha is my uncle, and he is an
ambitious human being who expresses this quality throughout all his endeavors. He is
goal-oriented and well-versed in time management, planning, and conflict resolution.

Mustapha is known by many as a devoted humanitarian. Through his actions, he has
gained a good rapport with others and has gained massive influence as a person that is
reliable and selfless, almost to a fault. As a black man, he understands the plight when it
comes to race but despite this, he is unable to see color. To Mustapha, all human beings
are equal in his eyes and if they need his help, he will provide it regardless. Mustapha is
hugely impactful on the lives of the youth and never leaves a room without giving rise
to excellence within himself and others.

As an open-minded human being with a talent for innovative thinking and a spirit filled
with tenacity and passion, Mustapha is truly a man with a giving heart.

In summary, I feel blessed to have known him throughout my life and I'm sure that most
people who know him will attest to that. He is the reason and my motivation for
attending law school today.

If you have any questions, please do not hesitate to contact me for more information.

Sincerely,

Suleiman Raji Akinkuolie
suleimanakinkuolie@gmail.com

April 26, 2023.

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007
Dear Judge Furman,

Dear Judge Furman,

I, Uthman Mujadid Ololu, I am a teacher and an Islamic clergy. I am writing this letter about Mustapha Raji.

The reason that I am writing this letter is to express the confidence that I have in the goodness of the character of MUSTAPHA RAJI as I have known him for almost 40 years. I was his teacher as a youth and I have been close to him and his family ever since.

I know him to be a very responsible individual and a very kind human being. In fact, he has been the reason why my children are all pursuing university education today. He inspires and motivates my children and their friends through the several ways he engages them.

I am really concerned about his chronic health situation and the impact his absence will have on the people (youth and older adults) and the community who depend on him and his support.

Respectfully and sincerely yours,

Uthman Mujadid Ololu
+234-803-554-2845



Smile Of Hope Children's Outreach
Prolong Smiles. Retain Hope.

December 15, 2022

Smile Of Hope Children's Outreach is a Florida based non-profit humanitarian organization that provides supports, resources and programs aiming to reduce and prevent the impacts of poverty on Children and Youth of Haitian background.

Our vision is for a healthy community where children and youth can transition successfully to adulthood and become positive contributors to the larger society. Every year, we provide food, clothing, toys, and educational materials and other tools to hundreds of children and youth in Florida and Haiti. We *Prolong Smiles* now and *Retain Hope* for a brighter future in the children and youth we serve.

We are particularly grateful to Mr. Mustapha Raji for his significant contributions to both Smile Of Hope Children's Outreach and our community. Mr. Raji has been playing an active role on our board since 2017 and has used his skills and strong background in urban, strategic, and social planning, asset-based community development and youth empowerment, to help realize our vision of a healthy community where children and youth can belong and thrive.

Through his visionary thinking, selfless service to God and humanity, persistence and consistency, Mr. Raji has been instrumental to the success of many of our key initiatives that continues to help children and youth in Florida and Haiti access resources and tools they need to defy the odds against them. These children and youth now have a better chance of not only overcoming the odds stacked against them, but also the potential of breaking the cycle of poverty within their family and community.

Our hope is to continue to do this important prevention work that mean so much to our community with Mr. Mustapha Raji – especially as we plan to roll out more programs in 2023.

Please do not hesitate to reach out to us should you have any questions.

With Gratitude,

Rev. Pastor Kesnel Joseph

# TARU ISLAMIC CENTRE AND ORPHANAGE
# P.O BOX 22, SAMBURU - MOMBASA.

19th January 2023

**Dear Brother Mustapha Raji,**
We greet you in the name of Allah (S.W.T) and would like to sincerely thank you for the continuous help you have been giving us since the year 2004. The orphanage has been open and operational all these years mainly due to your generous help.

Since the year 2004 we have been able to fully educate the boys and girls from the beginning at the primary school level to high school level. We are happy to inform you that all of them have successfully secured employment, some in teaching Islamic education and some are teachers in other schools, clerks in medium size companies and some were blessed to open small businesses of their own.

After the many exploratory digging of areas around the orphanage and beyond, we are happy to inform you that we finally succeeded in getting a borehole sufficiently supplying all the water needs to the orphanage. We appreciate that you single handedly made this possible by spending huge sums to get us to be water sufficient.

The orphanage over the years has always been able to adequately take care of the nourishment of the kids due to your monthly help in getting enough rations for our use. You have also been there for us during illnesses by helping us procure the necessary medications for all the children in the orphanage.

The infrastructure at the orphanage is really deteriorating and we call upon you to assist us in doing much needed renovations for the prayer areas, kitchen, dining hall and dormitories. Also, we would really welcome the long-term plans you had of setting up for the children a computer room, library and not forgetting a farming and bee keeping venture. We also need more clothes, beddings and books for the children.

We also would like to thank you from the bottom of our hearts for the salaries you have been able to pay us the four teachers and the three support staff at the orphanage taking care of the children.

Inshallah we thank you and pray to Allah (S.W.T) to give you good health and make your tremendous efforts towards your duty to the orphanage more successful here today and in Janah. Allah Barik.


Yours Admin/Caretaker,
Mohammed Igge

Tel: 0720440051/0732440051



TAKING FUTURE FOUNDATION
BUILDING NOW FOR THE FUTURE

December 7, 2022

We are a dedicated humanitarian organization based in Los Angeles California here to serve homeless women and children and veterans since 2016. We have a board that serves us nationwide and a few members are internationally based.

We deal with leaders from global communities that contributed to the growth of their environment. We thank you for your participation since 2017, Mr. Mustapha Raji and showing your commitment as a philanthropist on our board. We look forward to your continued support soon. Your contribution to assisting our organization to develop the finest transitional program for youth, women and veterans are second to none.

Your dynamic background as an urban planner and project manager is a much-needed skillset on our board of directors for the ten-year tenure of our project as we commence phase I for development in January, February first quarter 2023. We look forward to having you as a part of the team to serve the community nationwide. The annual membership badges will be mailed out by December 30th, and you should receive yours within 10 business days.

We do look forward to seeing you at our next board meeting and thank you for your contribution to the success of this organization.

Please visit our website if you have any additional questions. www.takingfuture.org

With Sincere Regards

Dr George Campbell
The Board of Directors Secretary
Office: (323) 456-8695
Fax: (323)-983-8127

8383 WILSHIRE BLVD I SUITE 800I BEVERLY HILLS I CALIFORNIA I USA

http://www.takingfuture.org