# EXHIBIT E



**U.S. Department of Justice**
Federal Bureau of Prisons

# Certificate of Completion

This certificate is presented to

*Mustapha Raji*

**Business Acumen**

*Corporate SkillsTraining Program provided by the
Education Department at MDC Brooklyn*

*A. Delgado*

A. Delgado- Education Specialist
**February 24, 2023**



U.S. Department of Justice
Federal Bureau of Prisons

# Certificate of Completion

We present this Certificate to

## Mustapha Raji

**Commercial Driver License Course**
*Adult Continuing Education Curriculum*

A. DeVastey

A. DeVastey - Teacher
**February 14, 2023**



U.S. Department of Justice
Federal Bureau of Prisons

# Certificate of Completion

This certificate is presented to

*Mustapha Raji*

**Budgets and Financial Reports**
*Corporate Skills Training Program provided by the
Education Department at MDC Brooklyn*

*A. Delgado*

A. Delgado- Education Specialist
January 27, 2023