UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                               :
                                                                        :
            -v-                                                 :      19-CR-870 (JMF)
                                                                        :
MUSTAPHA RAJI,                                                          :      REVISED
                                                                        :      SCHEDULING ORDER
            Defendant.                                               :
                                                                        :
-----------------------------------------------------------------------X

JESSE M. FURMAN, District Judge:

      IT IS HEREBY ORDERED that the time for sentencing in this matter, scheduled for **May 16, 2023**, is changed from 3:15 p.m. to **2:45 p.m.** in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.

      SO ORDERED.

Dated: May 11, 2023
       New York, New York
                                             JESSE M. FURMAN
                                             United States District Judge