ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

| | |
|---|---:|
| **Franklin A. Rothman** | Tel: (212) 571-5500 |
| Jeremy Schneider | Fax: (212) 571-5507 |
| Robert A. Soloway | |
| David Stern | |
| _____ | |
| Rachel Perillo | |

May 11, 2023

**By ECF**
Hon. Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> Application GRANTED. Sentencing is hereby ADJOURNED to June 15, 2023, at 2:30 p.m.. The Clerk of Court is directed to terminate Doc. #137.
>
> SO ORDERED.
>
> /s/ Jesse M. Furman
> May 12, 2023

Re: United States v. Mustapha Raji
    19 Cr. 870 (JMF)

Dear Judge Furman:

I am the attorney for Mustapha Raji, the defendant in the above-named matter. This letter is respectfully submitted without objection from the government, by AUSA Robert Sobelman, to request an adjournment of sentencing, which is presently scheduled for May 16, 2023 at 2:45 p.m.

An adjournment is needed because I am currently engaged in a trial in state court, which was expected to end today; however, it is now expected to continue until at least Tuesday, May 16. I am therefore unable to appear for Mr. Raji's sentencing on that date. I am also scheduled to begin another state court trial on May 18, 2023. Therefore, the soonest I can appear is June 13 or 14, dates when the government is also available. Accordingly, it is respectfully requested that sentencing in this matter be adjourned to June 13 or 14 at any time that is convenient for the Court.

If the Court has any questions regarding this application please do not hesitate to contact me.

Respectfully submitted,
/s/
Jeremy Schneider

cc: Robert Sobelman, Catherine Ghosh,
    Jilan Kamal, *Assistant United States Attorneys*
    (by ECF)