ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

| | |
|---|---|
| Franklin A. Rothman | Tel: (212) 571-5500 |
| Jeremy Schneider | Fax: (212) 571-5507 |
| Robert A. Soloway | |
| David Stern | |
| ———— | |
| Rachel Perillo | |

July 17, 2023

**By ECF**
Hon. Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> Application GRANTED. Sentencing is hereby ADJOURNED to September 19, 2023, at 3:00 p.m. Given the number of adjournments granted to date, NO FURTHER ADJOURNMENTS will be granted. The Clerk of Court is directed to terminate Doc. #143.
>
> SO ORDERED.
>
> /s/ Jesse M. Furman
> July 17, 2023

    Re:    United States v. Mustapha Raji
              19 Cr. 870 (JMF)

Dear Judge Furman:

    I am the attorney for Mustapha Raji, the defendant in the above-named matter. This letter is respectfully submitted without objection from the government, by AUSA Catherine Ghosh, to request an adjournment of sentencing, which is presently scheduled for July 20, 2023.

    Counsel previously requested a sentencing adjournment on June 7, 2023, which the Court granted, for the purpose of obtaining updated medical records after it was determined that Mr. Raji needed heart surgery. Those records have been requested but not yet received, and we expect to obtain them in the next few weeks. An adjournment is therefore needed in order to allow more time for receipt and review of Mr. Raji's medical records in advance of sentencing.

    It is respectfully requested that sentencing be postponed to September 19, 2023, at a time that is convenient for the Court. Please note that counsel is unavailable for the first two weeks of September due to family obligations.

    If the Court has any questions regarding this application please do not hesitate to contact me.

                                                                                   Respectfully submitted,
                                                                                        /s/
                                                                                    Jeremy Schneider

cc:    Robert Sobelman, Catherine Ghosh,
        Jilan Kamal, *Assistant United States Attorneys*
        (by ECF)