Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

United States District Court

Southern  District of New York

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:**
**DATE FILED:** 9/28/2023

Caption:

United States  v.

Mustapha Raji

Docket No.: 19 Cr. 870 (JMF)

Hon. Jesse M. Furman
(District Court Judge)

Notice is hereby given that Mustapha Raji appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other ☐ _____ (specify)

entered in this action on 9/20/2023
(date)

This appeal concerns: Conviction only ☐  Sentence only ☐  Conviction & Sentence ✓  Other ☐

Defendant found guilty by plea ☐ | trial ✓ | N/A ☐

Offense occurred after November 1, 1987? Yes ✓ | No ☐  N/A ☐

Date of sentence: 9/19/2023  N/A ☐

Bail/Jail Disposition: Committed ✓  Not committed ☐  N/A ☐

Appellant is represented by counsel? Yes ✓ | No ☐  If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Jeremy Schneider / Rachel Perillo |
| Counsel's Address: | 100 Lafayette Street, Suite 501 |
| | New York, New York 10013 |
| Counsel's Phone: | 212-571-5500 |
| Assistant U.S. Attorney: | Robert Sobelman |
| AUSA's Address: | One Saint Andrew's Plaza |
| | New York, New York 10007 |
| AUSA's Phone: | 212-637-2616 |

_Jeremy Schneider_
Signature