UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
CRIMINAL APPEAL TRANSCRIPT INFORMATION - FORM B

**TO BE COMPLETED BY ATTORNEY:**

| | |
|---|---|
| CASE NAME: | United States v. Mustapha Raji |
| DOCKET NUMBER: | 19 Cr. 870 (JMF) |
| COUNSEL'S NAME: | Jeremy Schneider / Rachel Perillo |
| COUNSEL'S ADDRESS: | 100 Lafayette Street, Suite 501 |
| | New York, New York 10013 |
| COUNSEL'S PHONE: | 212-571-5500 |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/28/2023

**QUESTIONNAIRE**

[✓] I am ordering a transcript.

[ ] I am not ordering a transcript. Reason:  [ ] Daily copy available  [ ] U S. Atty. placed order
[ ] Other (attach explanation)

**TRANSCRIPT ORDER**

Prepare transcript of

[ ] Pre-trial proceedings _____
(Description & Dates)

[ ] Trial: _____
(Description & Dates)

[✓] Sentencing: 9/19/2023
(Description & Dates)

[ ] Post-trial proceedings: _____
(Description & Dates)

I, Jeremy Schneider , hereby certify that I will make satisfactory arrangements with
(counsel's name)
the court reporter for payment of the costs of the transcript in accordance with FRAP 10(b).

Method of payment:  [ ] Funds  [✓] CJA Form 24

_/s/ Jeremy Schneider_          9/28/2023
Counsel's Signature              Date

**TO BE COMPLETED BY COURT REPORTER AND FORWARDED TO COURT OF APPEALS:**

**ACKNOWLEDGMENT**

Date order received _____        Estimated Number of Pages: _____

Estimated completion date: _____

_____          _____
Court Reporter's Signature                            Date

**Attorney(s):** Send completed form to the U.S. District Court as that court may require and send copies to the Court of Appeals, U.S. Attorney's Office, and Court Reporter.
**Court Reporter(s):** Send completed acknowledgement to the Court of Appeals Clerk.