ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman					Tel: (212) 571-5500
Jeremy Schneider					Fax: (212) 571-5507
Robert A. Soloway
David Stern

Rachel Perillo

April 8, 2024

**VIA ECF**
Hon. Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

*Application GRANTED -- although counsel should have sought Court approval \*long\* ago. The Clerk of Court is directed to terminate Doc. #157. SO ORDERED.*

*April 9, 2024*

   Re:   United States v. Mustapha Raji
       19 Cr. 870 (JMF)

Dear Judge Furman:

  I represented Mr. Mustapha Raji in the above referenced matter. An associate of my firm, Rachel Perillo expended a total of 184.7 hours, nunc pro tunc to April 14, 2020, assisting me in this matter. Much of that time involved communication with the client and his family, communication with the government, meetings with client at the MDC, reviewing discovery and medical records, work on client's bail, writing motions and sentencing memorandum.

  Therefore, it is respectfully requested that your Honor approve payment at an hourly rate of $125.00 for associate time spent representing Mr. Raji in this matter.  Thank you very much.

             Sincerely,

             *Jeremy Schneider*
             Jeremy Schneider

JS/sc