ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider                                                             Tel: (212) 571-5500
Robert A. Soloway                                                            Fax: (212) 571-5507
David Stern
_____

Rachel Perillo

January 7, 2025

**By ECF**
Hon. Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> Application GRANTED. The Clerk of Court is directed to terminate Doc. #160.
>
> SO ORDERED.
>
> *[signature]*
>
> January 7, 2025

    Re:    United States v. Mustapha Raji
           19 Cr. 870 (JMF)

Dear Judge Furman:

    I represented Mustapha Raji, a defendant in the above-referenced matter who is currently on supervised release. This letter is respectfully submitted without objection from Pretrial Services Officer Josh Rothman, Probation Officer Daveena Tumasar, and the government, by AUSA Catherine Ghosh, to request the return of Mr. Raji's passport to his possession.

    Mr. Raji's passport is currently in the possession of Pretrial Services. He needs his passport for identification purposes. Probation Officer Tumasar has requested that Pretrial Services be directed to release the passport to the Probation Office, and that Probation will then release the passport to Mr. Raji. Accordingly, it is respectfully requested that Pretrial Services be directed to release Mr. Raji's passport to the Probation Office, and that Probation be directed to release the passport to Mr. Raji.

    The Court's time and attention to this matter is greatly appreciated.

Respectfully submitted,
/s/
Jeremy Schneider

cc:    AUSA Catherine Ghosh (by ECF)
       US Pretrial Officer Josh Rothman (by Email)
       US Probation Officer Daveena Tumasar (by Email)